**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | : | |
| **Register Number 21303-009** | : | |
| **U.S. Penitentiary Terre Haute** | : | |
| **Terre Haute, IN 47802** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:19-cv-03611** |
| | : | |
| **WILLIAM P. BARR** | : | |
| **Attorney General** | : | |
| **U.S. Department of Justice** | : | **EXECUTION SCHEDULED FOR** |
| **950 Pennsylvania Avenue, NW** | : | **DECEMBER 9, 2019 AT 8:00AM EST** |
| **Washington, DC 20530;** | : | |
| | : | |
| **JEFFREY A. ROSEN** | : | |
| **Deputy Attorney General** | : | |
| **U.S. Department of Justice** | : | |
| **950 Pennsylvania Avenue, NW** | : | |
| **Washington, DC 20530;** | : | |
| | : | |
| **ROSALIND SARGENT-BURNS** | : | |
| **Acting Pardon Attorney** | : | |
| **Office of the Pardon Attorney** | : | |
| **950 Pennsylvania Avenue, NW** | : | |
| **Washington, DC 20530;** | : | |
| | : | |
| **KATHLEEN HAWK SAWYER** | : | |
| **Director** | : | |
| **Federal Bureau of Prisons** | : | |
| **U.S. Department of Justice** | : | |
| **320 First St., NW** | : | |
| **Washington, DC 20534;** | : | |
| | : | |
| **JEFFREY E. KRUEGER** | : | |
| **Regional Director** | : | |
| **Federal Bureau of Prisons** | : | |
| **North Central Region** | : | |
| **U.S. Department of Justice** | : | |
| **400 State Avenue, Suite 800** | : | |
| **Kansas City, KS 66101;** | : | |
| | : | |

1

and                                              :
                                                 :
**T.J. WATSON**                                  :
**Complex Warden**                               :
**U.S. Penitentiary Terre Haute**                :
**4700 Bureau Road South**                       :
**Terre Haute, IN 47802,**                       :
                                                 :
**In their official capacities; and,**           :
                                                 :
**U.S. Department of Justice**                   :
**950 Pennsylvania Avenue, NW**                  :
**Washington, DC 20530**                         :
                                                 :
**Federal Bureau of Prisons**                    :
**U.S. Department of Justice**                    :
**320 First St., NW**                            :
**Washington, DC 20534**                         :
                                                 :
**Office of the Pardon Attorney**                :
**950 Pennsylvania Avenue, NW**                  :
**Washington, DC 20530;**                        :
                                                 :
        **Defendants.**                          :

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Daniel Lee hereby moves, pursuant to Fed. R. Civ. P. 65, for entry of a

Preliminary Injunction enjoining Defendants Attorney General William P. Barr; Deputy

Attorney General Jeffrey A. Rosen; Acting Pardon Attorney Rosalind Sargent-Burns; Federal

Bureau of Prisons Director Kathleen Hawk Sawyer; Federal Bureau of Prisons Regional Director

Jeffrey E. Krueger; and United States Penitentiary Terre Haute, Indiana Complex Warden T.J.

Watson, who are all being sued in their official capacities; the United States Department of

Justice; the Federal Bureau of Prisons; and the Office of the Pardon Attorney, from deliberately

interfering with and obstructing Mr. Lee's ability to obtain and present favorable, material

evidence in the executive clemency process for individuals under a death sentence, in violation

of his Fifth Amendment right to due process; and in violation of the First Amendment rights of

2

correctional officers who wish to provide critical information in support of his pending clemency application but have been barred from doing so as a result of Defendants' actions and policies; Mr. Lee also moves to enjoin Defendants from carrying out his scheduled execution[1] until he has had an opportunity to obtain and present this evidence.

But for Defendants' actions and policies, favorable, material evidence available from members of the correctional staff at the United States Penitentiary in Terre Haute, Indiana (USP Terre Haute), where Mr. Lee is incarcerated, could be obtained and presented in support of his petition for commutation of his sentence. The evidence, among other things, directly refutes false allegations made by the prosecution at his 1999 capital sentencing proceeding about his "future dangerousness" and propensity for violence in a prison setting. This motion is supported by facts contained in Mr. Lee's Complaint for declaratory and injunctive relief filed on December 2, 2019, *see* Complaint, *Lee v. Barr, et al.,* 1:19-cv-03611, Dkt. 1 (D. D.C.); and the accompanying memorandum in support of this motion and Exhibits, filed on this date.

WHEREFORE, Plaintiff Lee respectfully requests that this Court issue a preliminary injunction to prevent ongoing harm to Mr. Lee's constitutional rights and those of the USP Terre Haute correctional officers; and enjoin Defendants from deliberately interfering with and obstructing his ability to obtain and present favorable, material evidence in the executive clemency process; from infringing upon the free speech rights of the correctional officers; and

---

[1] This Court's order enjoining Mr. Lee's and three other executions remains in effect as of the filing of this Motion. *See* Order Granting Motion for Preliminary Injunction, *In re In The Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-00145, Dkt. 51 (D. D.C. Nov. 20, 2019). However, the Government has moved to vacate the injunction and that Motion is currently pending before the Supreme Court. *See* Application for a Stay or Vacatur of the Injunction, *In re In The Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, 19A-615 (filed Dec. 2, 2019).

from subjecting the correctional officers to reprisal for exercising those rights. Should the

Government succeed in vacating the preliminary injunction that is currently in place, *see supra*

n.1, Mr. Lee requests that this Court enjoin Defendants from executing him so that he has an

opportunity to obtain and present this evidence to decision-makers in the clemency process.

Respectfully submitted,

/s/ Ruth Friedman

Ruth Friedman
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
Ruth_Friedman@fd.org

/s/ John Nidiry

John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: December 5, 2019

**Certificate of Service**

I, Ruth Friedman, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District for the District of Columbia using the CM/ECF system on this 5th day of December, 2019. This Motion for Preliminary Injunction was served via this court's CM/ECF electronic case filing system upon:

WILLIAM P. BARR
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530;

JEFFREY A. ROSEN
Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530;

ROSALIND SARGENT-BURNS
Acting Pardon Attorney
Office of the Pardon Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530;

KATHLEEN HAWK SAWYER
Director
Federal Bureau of Prisons
U.S. Department of Justice
320 First St., NW
Washington, DC 20534;

JEFFREY E. KRUEGER
Regional Director
Federal Bureau of Prisons
North Central Region
U.S. Department of Justice
400 State Avenue, Suite 800
Kansas City, KS 66101;

T.J. WATSON
Complex Warden
U.S. Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802,

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530;

Federal Bureau of Prisons
U.S. Department of Justice
320 First St., NW
Washington, DC 20534;

Office of the Pardon Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530;

Respectfully submitted,


/s/ Ruth Friedman

Ruth Friedman
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
Ruth_Friedman@fd.org

Counsel for Daniel Lee


Dated: December 5, 2019