Exhibit List

Exhibit 1:    Boteler, Report of Pardon Bureau, U.S. Department of Justice Report
              to Select Committee of the Senate (April 1887)

Exhibit 2:    Executive Order (June 16, 1893)

Exhibit 3:    Collected Clemency Rules

Exhibit 4:    Special Confinement Unit Institution Supplement

Exhibit 5:    Declaration of George G. Kouros

Exhibit 6:    Declaration of Kathleen Altman

Exhibit 7:    Declaration of Juror 336

Exhibit 8:    Declaration of Elizabeth Luck

Exhibit 9:    Letter of Victims' family member #1

Exhibit 10:   Letter of Victims' family member #2

Exhibit 11:   Judge Eisele letter to AG Holder and US Atty Thyer

Exhibit 12:   Letter of AUSA Stripling to AG Holder and US Atty Thyer