COPY



MAY 3

## EXECUTIVE ORDER

I hereby direct that all warrants of pardon and commutation of sentences, heretofore prepared at the Department of State on the requisition of the Attorney General, be prepared and recorded in the Department of Justice under the seal of that Department and countersigned by the Attorney-General.

[Signed]   GROVER CLEVELAND.

Executive Mansion,

Washington, D. C., June 16, 1893.