**U. S. Department of Justice**
Federal Bureau of Prisons

## INSTITUTION SUPPLEMENT

OPI:        SCU Unit Manager
NUMBER:     THX-5217.01K
DATE:       June 25, 2015

## Operation and Security of the Special Confinement Unit (SCU)

*Approved:*    Charles A. Daniels
              Complex Warden

              L. LaRiva
              Warden

I.    **PURPOSE:**

The Special Confinement Unit (SCU) at FCC Terre Haute has been established and designed with the mission to provide a humane, safe, and secure environment for individuals who have received a sentence of death in the federal court system.  The purpose of this supplement is to establish guidelines and procedures concerning the operation and security of the SCU.

In special circumstances, with the approval from the North Central Regional Director, inmates who are not under a court imposed sentence of death may be housed in the SCU.  These inmates will be referred to as "NON DEATH SENTENCE INMATES" (NDS)  and will be managed similar to provisions outlined in  Program Statement 5270.09, Inmate Discipline Program, and Program Statement 5270.10, Special Housing Units.

II.   **DIRECTIVES AFFECTED:**

A.    Directives Referenced:
      Program Statement 5566.06, Use of Force and Application of Restraints, dated 11/30/2005
      Program Statement 5270.09, Inmate Discipline Program, dated 07/08/2011.
      Program Statement 5270.10, Special Housing Units, dated 07/29/2011.
      Program Statement 5500.14, Correctional Services Procedures Manual, dated 10/19/2012.

B.    Directive Rescinded:

Institution Supplement THX-5566.05J, Operations and Security of the Special Confinement Unit, dated 06/30/2013, is hereby superseded.

III.    CORRECTIONAL STANDARDS REFERENCED:

American Correctional Association, 4th Edition, Standards for Adult Correctional Institutions: None.

IV.    SECURITY PROCEDURES AND REQUIREMENTS:

A.    Within the unit:

1.    Staff must become familiar with and strictly adhere to the established security procedures for SCU operations.

2.    Cell rotations for inmates serving a sentence of death will be conducted every 90 days.  NDS will rotate their cells every 21 days.  Any exception to this procedure will be determined by the Unit Manager in coordination with the Captain based upon safety and security concerns of the unit.

3.    All service hatches, range doors and grills must be secured when not in use.

4.    The Unit Manager may serve in lieu of the Lieutenant for any SCU inmate requiring additional supervision.

B.    Outside of the Unit:

1.    Inmates who are escorted outside the SCU (i.e., physicals, emergency treatment), but within the institution, will be restrained in the front with full restraints; handcuffs, black box, Martin Chain and leg irons.  Each inmate will be under the direct supervision of a minimum of three escorts and a Lieutenant or Unit Manager.

2.    Inmates requiring routine movement outside of the SCU will be scheduled and transported in accordance with current escorted trip procedures for MAX Custody inmates.

V.    SAFETY AND SANITATION:

SCU sanitation is the responsibility of all staff assigned to the unit.  Orderlies are expected to perform their duties seven days a week.  The Unit Manager has the primary responsibility for the hiring and firing of unit orderlies with input from unit staff.  Ordinarily, NDS will not be utilized as orderlies.

VI.    CELL SANITATION:

Inmate hygiene and cell cleaning supplies will be provided to the inmate population every Saturday during the Evening Watch shift by the unit officers.  Ordinarily, inmates

are issued items such as soap, shampoo, toilet paper, trash bags, scouring powder, razor, tooth paste, paper, envelopes, tooth brush, comb, cleaning solution, ...etc. Direct monitoring of inmates who have been issued general purpose or disinfectant cleaning solution is not required.

VII.   ADMISSION AND ORIENTATION (A&O) / CLASSIFICATION AND REVIEWS:

The Unit Manager is responsible for the implementation of the Admission and Orientation (A&O) Program. The purpose of the program is to familiarize each inmate with the unit staff, unit procedures, expected behavior and available programs. All items on the A&O checklist will be covered. The inmate signature on the A&O checklist will serve as proof that all A&O topics were covered. Within 24 hours after admission, intake screening will be accomplished and the inmate will be given an A&O Handbook. Upon admission to the Unit, an inmate will ordinarily receive institution and unit Admission and Orientation within five working days.

An inmate will ordinarily be classified at an initial team meeting. After the initial program review is completed, program reviews for each SCU inmate will be conducted at least every 180 days. Inmate participation in all scheduled program reviews is mandatory.

Ordinarily, members of the Program Review Team will include the Unit Manager (Chairperson), Case Manager and Correctional Counselor. The Unit Officers, Education Representative and Psychologist will provide input and when available, they will attend the review.

VIII.   HOUSING CONDITIONS:

Inmates serving a sentence of death will be classified in three phases: Phase I, Phase II and Phase III.

The purpose of the phase program within the SCU is to allow an inmate serving a sentence of death the opportunity to earn increased freedom and privileges consistent with the security requirements and needs of the unit. Listed below are the three phases and the requirements that an inmate must meet before advancement to the next phase.

A.   Admission and Orientation (A&O) / Initial Classification Phase I:

1.   Inmates in Phase I will normally reside on C-Range.

2.   All inmates entering SCU with a death sentence will be assigned a Maximum Custody classification and will remain in this status for the duration of their confinement in the unit.

3.   The inmate will remain in Phase I for a minimum of one year; however, at the Warden's discretion, an inmate may remain in Phase I indefinitely.

4.   Phase I inmates will have no physical contact with any other inmate in the unit.

5.   Phase I inmates will be restrained at their cell doors, pat searched and transfrisked prior to departing their cell for any reason to include

completing their tasks as range orderlies. When being returned to their cells, inmates will be pat searched and transfrisked prior to being secured in their assigned cells.

6. Phase I inmates will recreate alone.

7. Phase I inmates may work in jobs where they can be secured from others.

B. Alternative Privileges for Phase I Inmates:

1. The following are procedures governing alternative options for Phase I inmates who are ineligible to advance to Phase II because of their instant offense, history of violence, prior history of escape or attempted escape. The listed privileges will be approved on a case by case basis by members of the Unit Team:

   a. Inmates may be considered for the opportunity of a work assignment.

   b. Inmates will have access to the microwave and colored television viewing for a maximum of two hours per week on the inmate's regularly scheduled recreation day in the designated area. The SCU Unit Team will establish and approve the schedule.

2. To maintain the safety and security of the unit, inmates in Phase I who have been approved to participate in the above privileges must adhere to following guidelines:

   a. Inmates must otherwise meet Phase II criteria.

   b. Inmates will be placed in restraints prior to removal from their cell and escorted in accordance with established unit guidelines.

   c. There will be no physical contact with any other inmates in the unit.

   d. An inmate must clean up after himself each time upon working or participating in recreational activities.

   e. The Unit Team will review the inmate's status every 90 days.

   f. Any violation of established rules or regulations will warrant immediate loss of these privileges.

3. These privileges will not be granted to inmates who have been returned to Phase I for programing reasons, security reasons or for receiving an incident report. The decision to grant additional privileges will be at the discretion of the SCU Unit Team and will be rescinded if it is deemed to be detrimental to the security and operation of the SCU.

C. Criteria for Placement of Inmates Into Phase II:

1. Inmates will be reviewed and evaluated prior to an inmate being placed into Phase II. The review will be conducted by the Associate Warden of Programs, Captain, Unit Manager, Case Manager, Counselor and Chief Psychologist. Reviewers will determine whether placement in Phase II would impact the safety, security and good order of the unit or institution.

2. Reviewers will evaluate any available information to include relationships with other inmates and staff and the inmate's instant offense and history of violence. This review will assess whether the inmate is able to function in a less restrictive environment without posing a threat to others or to the orderly operation of the unit. Additionally, the inmate's participation in recommended programs and willingness to adhere to unit guidelines will also be assessed.

3. Reviewers will examine any threat of danger to the inmate or to other inmates, the inmate's disciplinary record, prior convictions and the inmate's overall adjustment within the Unit.

4. Other minimum criteria assessed are as follows:

   a. Inmates who have been sanctioned for an Incident Report violation must have maintained clear conduct for the following time periods:

      - 100 Series incident report – eighteen (18) months.
      - 200 Series incident report – twelve (12) months.
      - 300 Series incident report – six (6) months.
      - 400 Series incident report – six (3) months.

   b. Inmates must not have a definitive execution date.

   c. Inmates must have attended all required team meetings while in Phase I.

   d. Inmates must have maintained satisfactory hygiene and sanitary conditions within his cell.

   e. Inmates must receive a thorough mental health evaluation by the staff psychologist to determine if he is appropriate for advancement to the next phase.

5. Inmates who have committed murder or attempted to kill anyone while incarcerated will not normally be considered for Phase II.

6. Upon review and evaluation, the reviewers will document their recommendations and the Unit Team will complete a Special Confinement Unit Classification Summary for the Warden's final approval prior to advancement of the inmate into Phase II.

7. If an inmate becomes eligible for Phase II and the Warden denies placement in Phase II, a review of the inmate's status will be conducted

every 90 days.

8.   An inmate who has been denied placement in Phase II has the right to appeal the decision of the reviewers or the Warden through the Administrative Remedy process.

D.   Phase II Living Conditions:

1.   Inmates in Phase II will normally reside on B-Range.

2.   Inmates will remain in Phase II until such time as the inmate's sentence is overturned, commuted or the inmate receives a definitive execution date.

3.   Phase II inmates will be allowed limited contact with staff and other inmates in Phase II.  This may include inmates who are participating in unit leisure and recreation activities or given a work assignment of orderly (common area).

4.   Phase II inmates will be assigned a work detail by the Unit Team.

5.   An inmate who has been found to have committed a prohibited act contained within Program Statement 5270.09, Inmate Discipline, will be returned to Phase I.  An inmate who has been returned to Phase I will be reviewed by the reviewers to assess the appropriateness of returning the inmate to Phase II at his next regularly scheduled inmate program review following the below time frames:

   - 100 Series incident report – eighteen (18) months.
   - 200 Series incident report – twelve (12) months.
   - 300 Series incident report – six (6) months.
   - 400 Series incident report – three (3) months.

6.   In reviewing inmates for a return placement to Phase II from Phase I for disciplinary reasons, staff will consider the seriousness of the incident report, the inmate's adjustment since his return to Phase I and the inmate's past behavior.

7.   An inmate who is classified as FRP Refuse will be returned to Phase I until a new financial plan contract is signed and an initial payment is made.  If the inmate is returned to Phase I due to being in FRP Refuse, the Unit Manager has the discretion to move the inmate back to Phase II. The Warden is the approving official when returning an inmate to Phase II for all other reasons.

E.   Phase III:

1.   An inmate who has received an execution date will be placed in Phase III.

2.   Phase III inmates will normally reside on range A-Lower in cells equipped with cameras.  If A-Lower or A-Upper is unavailable, Phase III inmates

may be housed on C-Lower and C-Upper.

3. Phase III inmates will be housed under conditions consistent with Phase I.

4. Phase III inmates will not be removed from their cell unrestrained. Phase III inmates will be restrained with their hands behind their back before the cell door is opened. Upon the inmate exiting the cell, leg irons will be secured. If a Phase III inmate cannot be restrained from behind the back (i.e., for medical reasons), staff shall apply a Martin Chain and handcuffs to restrain the inmate in the front.

5. Phase III inmates will require a three person escort and a Lieutenant or Unit Manager when outside his cell.

IX. **NDS INMATES:**

NDS inmates are considered to be in Administrative Detention status and will be managed in accordance with Program Statements 5270.09 Inmate Discipline, and 5270.10 Special Housing Units, and will not participate in the Phase Program.

X. **UNIT PROGRAMS AND SERVICES:**

A. Medical:

A complete physical examination will be conducted on each newly arrived inmate within 14-days of admission.

Exams will be performed in the medical examination room; however, inmates may require an escort to the main Health Services Unit for radiographic procedures, laboratory procedures and audiometric exams when indicated.

Health Services staff will provide sick call services in the SCU, seven days a week. Medications will be delivered and/or administered in the SCU twice daily. Inmates ordinarily requesting to see a physician will be permitted to do so. Physicians will see patients in the SCU examination room.

Inmates requesting dental care will be screened by the Physician's Assistant.

SCU inmates will be escorted to the main Health Services Dental Suite for required treatment that cannot be completed in the Dental Room located within the unit. Physician's Assistants or Physicians will see those inmates requiring chronic care evaluations in the unit medical examination room.

Inmates requiring evaluation by a specialty consultant will be evaluated by the consultant in the medical examination room. Optometry patients requiring eye refractions will be escorted to the main Health Services Unit.

B. Psychological:

A staff psychologist will perform an initial psychological assessment of every

inmate admitted to SCU within 14 days of the inmate's arrival. Additionally, mental status examinations will occur every 30 days thereafter. Upon request from the inmate, the staff psychologist will assist him with related problems.

In addition, Psychology Services staff will respond to staff referrals and inmate requests for assessment and will be available to provide individual supportive counseling on an as-needed basis.

C.    Education/Recreation:

Within 30 days upon an inmate's arrival to SCU Education staff will assess the inmate's educational level to determine educational needs and testing requirements. This shall also be documented in SENTRY. All testing will be conducted within the SCU. The inmate will be placed in a secure location and the test will be monitored by a teacher.

Recreational Services will provide table games such as chess, checkers and cards. Movies will be shown via the closed-circuit television system available in each cell. The inside recreation rooms will contain various recreation activities and equipment such as stationary bikes and sit-up benches which will be maintained in recreation rooms. All equipment must be secured.

D.    Religious Programing:

1.    Minister of Record Visitation: As with inmates in general population, each inmate in the SCU will have the opportunity to designate a Minister of Record by submitting a written request to a Chaplain with the name, address and telephone number of the spiritual leader, clergy person or official representative of the inmate's religion of record. The requested Minister of Record must submit to the Supervisory Chaplain a letter outlining his or her history with the inmate and stating his or her willingness to serve as the inmate's Minister of Record. The Minister of Record's credentials will be verified and a security check will be completed by the Religious Services Department. The Supervisory Chaplain will then request that SCU staff place the identified clergy person on the inmate's visiting list as the Minister of Record. An inmate may only have one Minister of Record at a time.

A visit by the Minister of Record will not be counted as a social visit or be counted against the total number of visits an inmate is allowed each month.

One Minister of Record visit will be allowed each month. The inmate must request this visit in writing providing a reasonable amount of time to process and accommodate the visit. Additional Minister of Record visits may be authorized if determined necessary by the Supervisory Chaplain.

Inmates are responsible for being properly groomed and in proper attire. All inmates must wear a belt and clean serviceable khaki clothing. Shirts will be tucked in and all buttons will be buttoned except for the top button of the shirt. Absolutely no altered clothing will be permitted. Headbands,

Kufis or other religious head gear may not be worn unless approved by the Chaplain.

Inmates are not authorized to bring personal items to a social visit, except for a religious book representative of their faith.

2.    Clergy Visitation:  An ordained clergy person, religious leader or religious representative may visit at the inmate's request.

If the request to visit is initiated by a clergy person, a Chaplain will confer with the inmate to see if he agrees to the visit.  The inmate's intent provides the direction for visit accommodation.

A reasonable amount of time will be required to process the request before a decision is made to allow the visit to take place.  After a review of the minister's credentials and appropriate security checks, the visit will be scheduled in the visiting room during regular visiting hours.

Clergy visits will be included with the total number of visits an inmate is allowed in the SCU each month.  Normally, no more than two Clergy visits will be allowed each month.

3.    Personal Religious Property:  The holding and storage of an inmate's personal religious property will follow Institution Supplement THA-5580.07D, Inmate Personal Property, which outlines procedures for inmate religious personal property in the SCU.

4.    Minister of Record and Clergy Telephone Calls:  An inmate who has a Minister of Record will be allowed to make pastoral telephone calls to his Minister of Record.  The Minister of Record must provide the SCU staff with the completed forms that are required of ITS for telephone calls for the SCU.

Minister of Record telephone calls will not exceed twice a month.  The Chaplain will facilitate telephone calls to the Minister of Record on a monitored line.  The telephone call to a Minister of Record or other clergy person will not exceed 15 minutes in length.

If an inmate in the SCU desires to add additional clergy or spiritual advisors on his ITS telephone list, the Religious Services Department will assist the unit staff by verifying the religious credentials of a clergy person or spiritual advisor.

An inmate may not put a badged religious services volunteer or contract worker on his ITS telephone list.

5.    Pastoral Telephone Calls:  A pastoral call may be authorized by a Chaplain in cases of a verified death, serious illness or hospitalization of a member of an inmate's family.  A Chaplain will facilitate these telephone calls on a monitored line.

6.    Religious Books and Literature: The established policy on Incoming Publications will be used for personal incoming religious books and literature.

The Religious Services Department will provide a list of available standardized books, magazines and videos to the inmates in the SCU. Inmates will submit their requests to a Chaplain in writing. All books must have a soft cover.

7.    Religious Music: The Religious Services Department will make available various religious CDs to the inmates in the SCU. An inmate in the SCU may have no more than four (4) CDs checked out at any given time. A log will be kept by the Religious Services Department that records the name of the inmate and which religious music or religious instructional CDs are checked out to him.

8.    Religious Services: Religious services will be broadcast on channel 71 via local cable.

Chaplains will provide the necessary sacraments on an individual basis or during congregate services, and will accept other requests which will be reviewed by the Supervisory Chaplain. Congregate services in SCU will be led by a Chaplain or contractor based upon availability.

9.    Religious Diets: Procedures for participation in the Religious Diet Program will be the same for SCU inmates as they are for all other inmates at USP Terre Haute, unless changed by the Warden for safety or security reasons.

10.    Execution and Post Death Issues: Under normal circumstances, a Chaplain involved in the SCU will not be involved in the execution process unless the inmate specifically requests a Chaplain from USP Terre Haute and the Chaplain agrees. A Bureau of Prisons' Chaplain will be temporarily assigned to the execution facility while an inmate is held there to ensure pastoral care is available to the inmate from the time he leaves the SCU until the execution is completed. Provisions will be made for the inmate's Minister of Record and/or Spiritual Advisor representative to be available if the inmate submits a request in advance. Execution procedures allow for final religious ceremonial rites. Procedures for handling of the body after the execution need to provide for ceremonial concerns of the inmate's faith group whenever possible.

These concerns may require discussions with state and/or county officials. An inmate in the SCU with religious concerns regarding his bodily remains should make this known in writing along with documentation outlining the religious nature of his concerns and requests.

XI.    RECREATION AND SHOWERS:

Inmates will be afforded a minimum of five hours of out of cell recreation activity per week. If weather and resources permit, the inmate shall receive outdoor exercise

periods.

During Phase I and Phase III, only one inmate per recreation enclosure will be permitted. Phase II inmates may be placed in the same recreation enclosure or leisure activity room with no more than two inmates in their Unit Team approved Rec/Leisure Group. Inmates will not be allowed to take personal items to the recreation enclosures.

Only one NDS inmate per recreation enclosure will be permitted.

Showers are available in each cell. Hygiene items will be issued on an as needed basis. Clean serviceable clothing will be exchanged on a one-for-one basis.

XII.  **LEISURE TIME:**

Phase II inmates will be allowed to participate in leisure time activities with no more than two inmates in their approved REC/Leisure Group. Leisure time activities are a privilege and subject to availability.

Phase II inmates will be restrained at their cell doors, pat searched and transfrisked prior to being escorted by staff to the Leisure Activity Room. When being returned to their cells, inmates will be pat searched and transfrisked prior to being escorted back to their assigned cells.

XIII.  **TELEPHONE:**

A.  Telephone List Preparation:

1.  Telephone list preparation for SCU inmates is governed by Program Statement 5624.08, Inmate Telephone Regulations, except as modified by this supplement to maintain safety, security and good order of the SCU.

2.  Persons, other than media representatives, requested by the SCU inmate to be placed on their approved telephone list must agree they will not record telephone conversations with the SCU inmate. These persons must complete the Conditions for Telephone Contact Form (Attachment B), and submit the form to the inmate's Unit Counselor.

B.  Media Representatives:

1.  SCU inmates requesting media representatives be placed on their approved telephone list must have the media representative complete Conditions for Media Telephone Contact Form (Attachment A). The media representative must return the completed form to the Public Information Officer ("PIO") or Executive Assistant before being placed on the telephone list.

Program Statement 1480.05, News Media Contacts, governs all other issues regarding telephone contact with media representatives.

2.  Seven (7) days before the SCU inmate's scheduled execution, all media representatives must be removed from the inmate's approved telephone

list.  Telephone contact with media representatives during this time period is prohibited.

3.    Seven (7) days before the SCU inmate's scheduled execution, persons other than spiritual advisers, defense attorneys, and family members, must be removed from the inmate's approved telephone list.  Telephone contact with persons other than those listed above is prohibited during this period.

C.    Placement of Telephone Calls:

1.    Ordinarily, SCU inmates will be allowed 300 minutes for social calls per month.

2.    Only the Warden may authorize additional telephone minutes for an inmate who has exhausted his minutes.

3.    SCU inmate telephone calls are ordinarily limited to 15 minutes each. Once a call has been made and completed for any portion of the maximum call length, the inmate will have  a 30 minute block until he is allowed to make another call.

4.    Inmates must submit an Inmate Request to Staff Member directly to the Unit No. 1 Officer requesting an approximate date and time of the call.  If the requested date and time is not available, the Unit No.1 Officer will issue a response suggesting another date and time.

5.    Social telephone calls will be made from the inmate's cell (all Phases) or Day Room/Recreation area (Phase II only).

6.    A record of inmate calls can be retrieved from TRUFONE.

7.    NDS not on telephone restriction will receive one 15-minute telephone call every 30 days.

D.    Legal Calls:

SCU inmates must request unmonitored legal calls through the Unit Team.  The Unit Counselor will arrange all legal telephone calls under the established policy. Once the legal call is approved, staff will verify the attorney is on the line, then hand the telephone handset to the inmate.  Legal telephone calls will be unmonitored.  Legal calls will ordinarily be scheduled in one (1) hour increments, to ensure equal availability of legal calls to  all inmates in the SCU.  However, attorneys may request longer time frames as necessary.  Requests for additional time will be evaluated based upon availability.

E.    Limitation on Telephone Calls:

Twenty-four hours prior to the SCU inmate's scheduled execution, telephone calls for that inmate are limited to legal calls and those approved by the Warden.

XIV.    CORRESPONDENCE:

Inmates will be allowed to purchase postage stamps through the Commissary. Indigent inmates will be issued five (5) postage stamps every month for personal correspondence. If necessary, additional postage will be provided for verified legal mail.

With regards to correspondence procedures, SCU inmates will be afforded the same rights as inmates in general population. Outgoing general correspondence (personal letters) must be left unsealed by the inmate.

Staff will seal all outgoing general correspondence upon reviewing the letters. Incoming general correspondence will be opened by staff and searched for contraband.

XV.    VISITING:

A.    Social Visiting:

All social visiting will be non-contact. Immediate family members will be added to the inmate's visiting list. Additionally, visiting lists will not contain more than ten (10) friends or associates.

Immediate family is defined as wife, children, stepchildren, mother, father, siblings, mother-in-law and father-in-law. Due to the limited amount of visiting space in the SCU, each inmate will be permitted four (4), three-hour visits per month. A maximum of two adults and two children (visitors under the age of 16 are considered children) for each inmate, will be allowed in the visiting area.

The Unit Team has the discretion to increase these numbers considering the distance the visitor traveled, frequency of visits for that particular inmate and number of other visits scheduled that day.

Inmates are responsible for being properly groomed and in the proper attire. All inmates must wear a belt and issued khaki clothing which is clean and in good repair. Shirts will be tucked in and all buttons will be buttoned except for the top button of the shirt. Absolutely no altered clothing will be permitted. Headbands, Kufis or other religious head gear may be worn when approved by the Chaplain.

Inmates are not allowed to bring personal items to the social visit.

All visits must be scheduled at least one (1) week in advance through the Unit Team. Any inmate receiving a visit will be searched, placed in restraints and escorted to the non-contact visiting area. Once inside the visiting area staff will remove the restraints through the slot in the visiting room door. The visitor(s) will then be escorted to the unit and placed in the visitors area. Each visit will be supervised at all times. A restroom is available for visitor use. When a visit is concluded, the visitor will be escorted from the unit. The inmate will then be searched, placed in restraints then removed from the visiting area and returned to his cell.

On the day prior to an inmate's transfer to the Execution Facility, the inmate may visit with approved visitors from 8:00 a.m. to 3:00 p.m. at the discretion of the

Warden. All other visiting in the unit will be canceled for that day.

B.    Attorney/Client Visiting:

Attorney/client visiting areas are located in the non-contact visiting area of the SCU.

Additionally, a Video Conference Room is located in the SCU and is available to inmates and their attorneys who wish to conduct attorney/client visits through the use of video teleconferencing. An attorney requesting a contact visit with an inmate must complete the Attorney/Client Contact Visit Acknowledgement Form (Attachment C).

When an attorney/client contact visit is approved, the inmate will remain in handcuffs, martin chain and leg irons. The inmate and attorney will visit in the inmate visiting area and will be visually supervised only. All attorney/client visits, whether the visit is conducted in-person or through the use of video imaging, must be approved and scheduled in advance through the Unit Team.

During Attorney/Client Visit, inmates are responsible for being properly groomed and in the proper attire. All inmates must wear a belt and issued khaki clothing which is clean and in good repair. Shirts will be tucked in and all buttons will be buttoned except for the top button of the shirt. Absolutely no altered clothing will be permitted. Headbands, Kufis or other religious head gear may be approved by the Chaplain.

Any documents needed by an inmate for an attorney visit will be approved by Unit Team. The documents will be thoroughly searched for contraband by staff prior to the visit and after the visit.

## XVI.    LAW LIBRARY:

The SCU is equipped with a Law Library. The Education Department is responsible for the maintenance and updating of materials in this area. Legal material needed by inmates that cannot be found in the Law library may be requested through the Education Department. To use the Law library, the inmate must submit a written request to the SCU No. 1 Officer at least 24 hours in advance.

The inmate's request will be logged in the Law Library Log. Information contained in the log will be the inmate's name, date of inmate's request, date the inmate is scheduled to use the Law Library, the inmate's time in/out of the Law Library and the staff's signature. In the event an inmate refuses or changes his mind on using the Law Library on his scheduled date and time, staff will notate such information in the log.

Inmates will be scheduled for law library use in one-hour increments on a first-come first-serve basis. However, there may be occasions where adjustments need to be made to the schedule in order to accommodate processes within the unit. An inmate who receives an unexpected and verifiable court deadline may request emergency time in the Law library through his Case Manager. Inmates who utilize the Law Library for other than its intended purpose will be removed immediately. Inmates may also request the Education Department provide copies of written documents for use in their cells.

NDS inmates will only be allowed to use the Electronic Law Library system in the last enclosure located in the legal research area. NDS inmates may request legal materials from the Education Department staff.

XVII.    ELECTRONIC LAW LIBRARY/LEGAL RESEARCH ACTIVITIES:

Inmates have access to legal research material by utilizing the Electronic Law Library (ELL) system.

Inmates seeking the assistance of another inmate for legal research purposes will be restricted to those inmates housed on the same floor and range. Inmates will be permitted to request one (1) inmate assisted legal meeting once (1) every seven (7) days, which will be conducted in one hour increments at times determined by staff. Inmates will not be placed side-by-side or together in the legal research enclosures. They will be placed in enclosures across the aisle.

Inmates will not be allowed to take food or beverages to the legal research enclosures or Law Library. All other items will be searched for contraband prior to the inmate entering the legal research enclosures or Law Library.

XVIII.    **INMATE PERSONAL PROPERTY:**

Each inmate will be limited to one locker and two plastic storage containers without lids. Plastic storage containers must be stored under the inmate's bed and can only contain active legal documents.

Allowable SCU inmate personal property with limitations:

| | |
|---|---|
| toothpaste (or tooth care product) (1) | toothbrush and holder (1) |
| comb or brush (1) | deodorant (1) |
| soap (2 bars) soap dish (1) | hair care product (greaseless) (1) |
| shower shoes (1 pr.) | Razor /blades (1 pk.) |
| tennis shoes (1 pr.) | sweat pants (gray) (2) |
| sweat shirt (gray) (2) | gym shorts (commissary only) (2) |
| T-shirts (4) | briefs or boxers (4) |
| socks ( 4 pr.) | thermals (2 each top/bottom) |
| drinking cups and bowls (2 ea.) | 2- QT Pitcher or Thermo jug (1) |
| watch (black, plastic only) (1) | wedding band (plain) (1) |
| personal letters (25) | address book (soft backed) (1) |
| eyeglasses and case (soft) (1 pr.) | book postage stamps (1) |
| ink pens (2) | LED book light (1) |
| photo album (no metal binders) (1) | photographs (25) |
| radio with earphones (1) | batteries (8) |
| reading books (soft cover) (4) | dictionary (1) |
| newspapers (2 no older than 14 days) | magazines (6 no older than 90 days) |
| Bible or Koran (1) | religious pamphlets (3) |
| religious medallion (1) | religious cap (1) |
| prayer rug (1) | fan (plastic as sold in commissary) (1) |

An inmate is authorized in his possession up to three cubic feet of legal material with

the stipulation that it is to prepare for or respond to an active case. Inmates will need to prioritize what legal documents they retain in their cell. If the inmate requires more than the allowable amount, the inmate may request a temporary increase of legal material from the Unit Manager. All material must be neatly maintained in the space provided.

XIX.    COMMISSARY:

Each inmate will be afforded the opportunity to purchase allowable items from the commissary if funds are available in the inmate's commissary account.

Commissary purchase forms will be issued on Sunday of each week. Upon completion of the forms, the inmate will forward the form to commissary. Commissary items will typically be delivered to the unit by commissary staff on Tuesday of each week. Special purchases (personal radios, fans, etc.) must be approved by the Unit Manager.

If not on commissary restriction, NDS are to use the most current commissary list for inmates housed in Administrative Detention status.

XX.    HOBBY CRAFT:

Hobby craft projects in SCU will be limited to paintings, drawings and beadwork. Paper-mache projects are not authorized.

Inmates may only work on two (2) painting projects at any time. The maximum size of any painting will not exceed 24" x 30" x 1." Inmates can have no more than three (3) paint brushes, not to exceed 6" in length in their possession. Painting easels are not authorized.

Hobby craft items must be mailed out of the institution within two weeks of completion and at the inmate's expense through the Recreation Department.

With the exception of painting canvas all hobby craft items must be stored in the inmate's locker.

XXI.    BARBER SERVICES:

A contract employee will provide inmate barber services. Inmates requesting a haircut must submit an inmate request to staff at least one week in advance. All inmates in the SCU must be in full restraints when receiving a haircut.

XXII.    TELEVISIONS IN CELLS:

Each cell is ordinarily supplied, at the Unit Manager's discretion, with a color television for the inmate's use. The inmate will be held responsible for any damage to government property.

XXIII.    INDIGENT INMATES:

An inmate wishing to be considered for indigent status and postage privileges must consult his Unit Counselor. To qualify for indigent status, the inmate's commissary balance must be zero and he must not have spent any money from his account for the

past thirty days. Inmate meeting these guidelines may be eligible for five (5) stamps for social letters every month at no charge to the indigent inmate.

Postage for legal material for indigent inmates may be provided through the Unit Manager.

XXIV.   CLOTHING:

When an inmate arrives to the unit, his personal clothing will be inventoried and mailed home.

The amount of clothing allowed (institution issued) will be limited to three khaki pants, one khaki shirt, five undershorts, five T-shirts, five pair of socks, one winter jacket (only in cold months), two towels, two sheets, two blankets and one laundry bag. All clothing will be exchanged on a one-for-one basis.

Any inmate found in possession of clothing in excess of the prescribed limits may be subject to disciplinary sanctions. Inmates in the SCU will be issued one mattress with built in pillow. Inmates who have a documented history of being allergic to wool will be issued a cotton-blended blanket.

All clothing items will be placed in the provided laundry bag and laundered according to the unit schedule.

No items are to be taped to the walls, windows, doors or ceilings.

XXV.   MEALS:

All meals will be delivered via food carts from the Food Service Department. No orderlies will be permitted to deliver any food trays to any inmate in the unit.

XXVI.   WORK ASSIGNMENTS:

Orderlies will perform tasks as directed by staff. Ordinarily, orderlies will not have physical contact with other inmates. Orderlies will not conduct clothing exchange with other inmates.

XXVII.   RESPONSIBILITY:

The Associate Warden of Programs has overall administrative responsibility for the SCU. The Unit Manager, with input and advice from the Captain, is responsible for the security and overall management of the unit.

Distribution
Wardens
Division Heads
Department Heads
President AFGE

Attachment A

## Conditions for Media Telephone Contact with Inmates in The Special Confinement Unit, United States Penitentiary (USP) Terre Haute

The Special Confinement Unit (SCU) of the USP Terre Haute, Indiana, is a maximum security unit housing many high profile and escape prone inmates. In order to maintain the safety, security and good order of the SCU, the Warden may regulate your telephone contact with SCU inmates.

By signing this form, you acknowledge and agree to the following conditions regarding your telephone contact with the following SCU inmate:

_____

Inmate Name                                                         Inmate Register Number

If evidence indicates you violated this agreement, or any of the rules or regulations of the USP Terre Haute, your ability to contact inmates in Bureau custody by telephone may be restricted.

1.  **TELEPHONE CONVERSATIONS WITH A SCU INMATE MAY NOT BE RECORDED OR BROADCASTED.**

2.  You are prohibited from asking or discussing with the above-named SCU inmate any information regarding other federal or state inmates.  If the above-named SCU inmate provides you with any information regarding other federal or state inmates, you are prohibited from publishing such information.  Comments made by one inmate concerning another could violate the privacy interests of the other inmate, and might cause a reaction that could threaten the safety, security or good order of the institution.

3.  You are prohibited from publishing information about operational procedures or security features of the institution insofar as it may threaten the safety, security or good order of the institution.

4.  If the above-named SCU inmate makes allegations regarding a staff member, the institution or the Bureau of Prisons, you must exercise your professional responsibility to make reasonable attempts to verify these allegations and afford the institution the opportunity to comment.

_____

Print Name                          Signature                          Date Signed


_____

New Organization                    Address                            Telephone Number

THX-5217.01K                                                                    Page 18

Attachment B

## Conditions for Telephone Contact with Inmates in
## The Special Confinement Unit, United States Penitentiary (USP) Terre Haute

_____ , an inmate in the

Inmate Name                                    Register Number

Special Confinement Unit (SCU), USP  Terre Haute, Indiana, requests your name be placed on the approved telephone list.  You are hereby notified that to maintain the safety, security and good order of the SCU, recording inmate telephone conversations is prohibited.  By signing this form and as a condition to your placement on the SCU inmate's approved telephone list, you agree NOT to record any telephone conversation with this inmate.  If evidence indicates you violated this agreement, your name may be removed from the approved telephone list, in which case you will be prohibited from  having telephone contact with this SCU inmate.

_____

Printed Name                                   Telephone Number

_____

Signature                                      Date

Attachment C

## ATTORNEY/CLIENT CONTACT VISIT ACKNOWLEDGEMENT
### Special Confinement Unit, United States Penitentiary (USP) Terre Haute

I elect to have a contact visit without physical barriers with inmate _____

Reg. No. _____.  I acknowledge I have been offered the option of a non-contact

visit by staff in the Special Confinement Unit at USP Terre Haute, Indiana.

_____

Printed Name                    Signature                    Date Signed

_____

Telephone Number                              Address