## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | : | |
| **Register Number 21303-009** | : | |
| **U.S. Penitentiary Terre Haute** | : | |
| **Terre Haute, IN 47802** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:19-cv-03611** |
| | : | |
| **WILLIAM P. BARR** | : | |
| **Attorney General** | : | |
| **U.S. Department of Justice** | : | |
| **950 Pennsylvania Avenue, NW** | : | |
| **Washington, DC 20530;** | : | |
| | : | |
| **JEFFREY A. ROSEN** | : | |
| **Deputy Attorney General** | : | |
| **U.S. Department of Justice** | : | |
| **950 Pennsylvania Avenue, NW** | : | |
| **Washington, DC 20530;** | : | |
| | : | |
| **ROSALIND SARGENT-BURNS** | : | |
| **Acting Pardon Attorney** | : | |
| **Office of the Pardon Attorney** | : | |
| **950 Pennsylvania Avenue, NW** | : | |
| **Washington, DC 20530;** | : | |
| | : | |
| **KATHLEEN HAWK SAWYER** | : | |
| **Director** | : | |
| **Federal Bureau of Prisons** | : | |
| **U.S. Department of Justice** | : | |
| **320 First St., NW** | : | |
| **Washington, DC 20534;** | : | |
| | : | |
| **JEFFREY E. KRUEGER** | : | |
| **Regional Director** | : | |
| **Federal Bureau of Prisons** | : | |
| **North Central Region** | : | |
| **U.S. Department of Justice** | : | |
| **400 State Avenue, Suite 800** | : | |
| **Kansas City, KS 66101;** | : | |
| | : | |

**and**                                        :

                                               :

**T.J. WATSON**                                :

**Complex Warden**                             :

**U.S. Penitentiary Terre Haute**              :

**4700 Bureau Road South**                     :

**Terre Haute, IN 47802,**                     :

                                               :

**In their official capacities; and,**         :

                                               :

**U.S. Department of Justice**                 :

**950 Pennsylvania Avenue, NW**                :

**Washington, DC 20530**                       :

                                               :

**Federal Bureau of Prisons**                  :

**U.S. Department of Justice**                 :

**320 First St., NW**                          :

**Washington, DC 20534**                       :

                                               :

**Office of the Pardon Attorney**              :

**950 Pennsylvania Avenue, NW**                :

**Washington, DC 20530;**                      :

                                               :

                    **Defendants.**            :

## [PROPOSED] PRELIMINARY INJUNCTION ORDER

This matter came before the Court on Plaintiff Daniel Lee's *Motion for Preliminary Injunction* which relates to alleged Fifth Amendment and First Amendment violations. Plaintiff Lee moves to enjoin Defendants from deliberately interfering with and obstructing his ability to obtain and present material evidence in the executive clemency process; from infringing upon the free speech rights of correctional officers who wish to support him in that process; and from subjecting the correctional officers to reprisal for exercising those rights. He further moves to enjoin Defendants from carrying out his scheduled execution until he has had an opportunity to obtain and present this evidence.

Having consider the Motion and the documents filed therewith, including the Complaint, and memorandum in support of the Motion and exhibits submitted, and good cause appearing therefor, the Court hereby grants the relief requested.

Plaintiff's Motion is GRANTED, and it is hereby ORDERED that:

1.    Defendants are hereby enjoined from further deliberately interfering with and obstructing Plaintiff Lee's ability to obtain and present the evidence at issue, in the executive clemency process; from infringing upon the free speech rights of the correctional officers; and from subjecting the correctional officers to reprisal for exercising those rights.

2.    Defendants are hereby enjoined from carrying out his execution until he has an opportunity to obtain and present this evidence.


Date: _____                                    _____

                                                      TANYA S. CHUTKAN
                                                      United States District Judge