# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Daniel Lewis Lee**

**Plaintiff**

*vs.*                    **Case No.: 1:19-cv-3611-TSC**

**William P. Barr, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Complaint for Injunctive and Declaratory Relief for Violations of the First and Fifth Amendments to the United States Constitution; Civil Cover Sheet; Motion for Preliminary Injunction; Memorandum of Law in Support of Motion for Preliminary Injunction with Exhibits; and Proposed Preliminary Order Injunction in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/06/2019 at 3:10 PM, I served Jessie K. Liu, United States Attorney with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Complaint for Injunctive and Declaratory Relief for Violations of the First and Fifth Amendments to the United States Constitution; Civil Cover Sheet; Motion for Preliminary Injunction; Memorandum of Law in Support of Motion for Preliminary Injunction with Exhibits; and Proposed Preliminary Order Injunction at 501 3rd Street, NW, Washington, DC 20530 by serving Tammy Dawkins, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Tammy Dawkins is described herein as:

Gender: Female    Race/Skin: Black    Age: 48    Weight: 165    Height: 5'5"    Hair: Black    Glasses: No

I declare under penalty of perjury that this information is true and correct.

12/6/19
_____
Executed On

_____
Ambiko Wallace

Client Ref Number:N/A
Job #: 1571640

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▣

| | |
|---|---|
| Daniel Lewis Lee | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-3611-TSC |
| William P. Barr, et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jessie K. Liu
United States Attorney
555 4th Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ruth Friedman
John Nidiry
Federal Capital Habeas Project
Federal Public Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   12/06/2019                              /s/ T. Davis
                                                 *Signature of Clerk or Deputy Clerk*