# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | ) | |
| **Register Number 21303-009** | ) | |
| **U.S. Penitentiary Terre Haute** | ) | |
| **Terre Haute, IN 47802** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. <u>1:19-CV03611-DDL</u>** |
| | ) | |
| **WILLIAM P. BARR** | ) | **CAPITAL CASE** |
| **Attorney General** | ) | |
| **U.S. Department of Justice** | ) | **EXECUTION SCHEDULED FOR** |
| **950 Pennsylvania Avenue, NW** | ) | **DECEMBER 9, 2019 AT 8:00AM EST** |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **JEFFREY A. ROSEN** | ) | |
| **Deputy Attorney General** | ) | |
| **U.S. Department of Justice** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **ROSALIND SARGENT-BURNS** | ) | |
| **Acting Pardon Attorney** | ) | |
| **Office of the Pardon Attorney** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **KATHLEEN HAWK SAWYER** | ) | |
| **Director** | ) | |
| **Federal Bureau of Prisons** | ) | |
| **U.S. Department of Justice** | ) | |
| **320 First St., NW** | ) | |
| **Washington, DC 20534;** | ) | |
| | ) | |
| **JEFFREY E. KRUEGER** | ) | |
| **Regional Director** | ) | |
| **Federal Bureau of Prisons** | ) | |
| **North Central Region** | ) | |
| **U.S. Department of Justice** | ) | |
| **400 State Avenue, Suite 800** | ) | |
| **Kansas City, KS 66101;** | ) | |

2

**and**                                                     )
                                                            )
**T.J. WATSON**                                             )
**Complex Warden**                                          )
**U.S. Penitentiary Terre Haute**                           )
**4700 Bureau Road South**                                  )
**Terre Haute, IN 47802,**                                  )
                                                            )
**In their official capacities; and,**                      )
                                                            )
**U.S. Department of Justice**                              )
**950 Pennsylvania Avenue, NW**                             )
**Washington, DC 20530**                                    )
                                                            )
**Federal Bureau of Prisons**                               )
**U.S. Department of Justice**                              )
**320 First St., NW**                                       )
**Washington, DC 20534**                                    )
                                                            )
**Office of the Pardon Attorney**                           )
**950 Pennsylvania Avenue, NW**                             )
**Washington, DC 20530;**                                   )
                                                            )
                **Defendants.**                             )

3

## <u>NOTICE OF APPEARANCE</u>

The United States Attorney's Office for the Eastern District of Arkansas, by and through

Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Shannon S. Smith,

Assistant U.S. Attorney, for its notice of appearance, states:

Shannon S. Smith appears in this case as counsel on behalf of all defendants.

Respectfully submitted,

CODY HILAND
United States Attorney
Eastern District of Arkansas

By:

_/s/ Shannon S. Smith_____
SHANNON S. SMITH (AR Bar No. 94172)
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
501.340.2600
shannon.smith@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I caused a true and correct copy of foregoing to

be served on all counsel of record via the Court's CM/ECF system, below is a list of all plaintiff's

counsel of record.


Ruth Friedman
Federal Capital Habeas Project
Federal Defender for the District of Maryland 6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770


*/s/ Shannon S. Smith*_____
Assistant United States Attorney