AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Daniel Lewis Lee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-03611-TSC |
| William P. Barr | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Lewis Lee                                                                                          .

Date:     12/11/2019                                    /s/ David Victorson
                                                                *Attorney's signature*

                                                        David Victorson (1027025)
                                                        *Printed name and bar number*
                                                        Hogan Lovells US LLP
                                                        555 Thirteenth Street NW
                                                        Washington, DC 20004

                                                                *Address*

                                                        david.victorson@hoganlovells.com
                                                                *E-mail address*

                                                        (202) 637-5600
                                                        *Telephone number*

                                                        (202) 637-5910
                                                        *FAX number*