**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 1:19-cv-03611-TSC** |
| | : | |
| **WILLIAM P. BARR, et al.** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

I, Pieter Van Tol, hereby certify under Local Civil Rule 83.2(g) of the United States District Court for the District of Columbia, that:

1.      I am a member in good standing of the New York Bar.  My bar number is 2713014.

2.      I am a partner at Hogan Lovells US LLP.

3.      I am representing Plaintiff Daniel Lewis Lee in this case without compensation.

4.      I am not the sole attorney in this matter.  I am co-counsel with David Victorson of Hogan Lovells US LLP and Ruth Friedman and John Nidiry of the Office of the Federal Public Defender for the District of Maryland, who are members of the Bar of the United States District Court for the District of Columbia.

5.      Pursuant to Local Civil Rule 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

1

Dated: December 12, 2019                    Respectfully submitted,

*Pieter Van Tol*

Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel. (212) 909-0661
Fax (212) 918-3100
pieter.vantol@hoganlovells.com