## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DANIEL LEWIS LEE**  :
                      :
   **Plaintiff,**   :
                      :
   **v.**          :     **Civil Action No. 1:19-cv-03611-TSC**
                      :
**WILLIAM P. BARR, et al.**  :
                      :
                      :
   **Defendants.**  :

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE

Plaintiff Daniel Lee hereby moves to withdraw his pending Motion for Preliminary Injunction without prejudice, and as grounds for this motion, states as follows:

1.     Plaintiff Lee was scheduled to be executed by the federal government on December 9, 2019. In accordance with regulations governing capital clemency proceedings, Mr. Lee prepared and timely filed an application for executive clemency with the Office of the Pardon Attorney (OPA) addressed to President Donald Trump.  He thereafter filed supporting materials and made an oral presentation to that office, also in accordance with the governing rules and regulations.

2.     On December 2, 2019, Plaintiff Lee filed a Complaint initiating the instant matter, relating to constitutional due process and free speech violations alleged in connection with his capital clemency process. Dkt. 1. Thereafter, on December 5, 2019, he filed a Motion for Preliminary Injunction, along with a Memorandum in Support of the Motion, and Exhibits, asking this Court to enjoin the Defendants from interfering on due process grounds with his ability to prepare his application for executive clemency; from prohibiting employees of the

1

Federal Bureau of Prisons (BOP), on First Amendment grounds, from providing evidence on critical matters in support of his application; and from executing him before these violations could be remedied. Dkt. 4. Defendants, on December 6, 2019, filed a Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction ("Memorandum in Opposition"). Dkt. 10.

3.      On December 10, 2019, counsel for Mr. Lee sent a written inquiry to the OPA asking whether capital clemency proceedings were being suspended in light of the Supreme Court's denial on December 6 of the Government's motion to stay or vacate the decision of this Court preliminarily enjoining the Government from executing him and four other federal prisoners pursuant to an unlawful execution protocol. *See* Order Granting Motion for Preliminary Injunction, *In re In The Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-00145, Dkt. 51 (D. D.C. Nov. 20, 2019); *Barr, et al. v. Roane, et al.*, No. 19A615, 589 U.S. __ (2019). Mr. Lee sought this information from the OPA pursuant to 28 C.F.R. §1.10(d). ("Clemency proceedings may be suspended if a court orders a stay of execution for any reason other than to allow completion of the clemency proceeding.")

4.      On December 11, 2019, the Office of the Pardon Attorney responded in writing, stating that clemency proceedings were not being suspended but also informing counsel that Mr. Lee's clemency application could be withdrawn based on the fact that the execution date was no longer set.

5.      Citing 28 C.F.R. §1.10(e), which states, "Only one request for commutation of a death sentence will be processed to completion, absent a clear showing of exceptional circumstances," counsel for Mr. Lee then informed the Office of the Pardon Attorney, on December 13, 2019, that they were formally withdrawing his pending clemency application. *Id.*

2

On December 16, 2019, the Office of the Pardon Attorney notified counsel for Mr. Lee that, in accordance with his request, his clemency file was being administratively closed, and that a new application could be submitted in the future, if another execution date was set.

6.    Mr. Lee anticipates filing an application for commutation of his death sentence should a new execution date be set for him.

7.    Because Mr. Lee has formally withdrawn his pending clemency application under 28 C.F.R. §1.10(e), and in the interest of conserving the Court's resources, he now moves to withdraw without prejudice his previously filed Motion for Preliminary Injunction. Should the Government set a new execution date for Mr. Lee before the claims raised in his Complaint are resolved on the merits, he anticipates needing to again seek injunctive relief from this Court to protect his rights in connection with any future clemency proceedings.

8.    In accordance with Local Civil Rule 7(m), undersigned counsel conferred with counsel for the Defendants, who stated, "we see no grounds for us to oppose the motion so you may note so in your pleading."

9.    A proposed order is attached.

WHEREFORE, Plaintiff Lee respectfully requests that this Court grant his unopposed motion to withdraw his Motion for Preliminary Injunction without prejudice.

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

/s/ David Victorson
David Victorson
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
david.victorson@hoganlovells.com

/s/ Pieter Van Tol
Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 909-0661
pieter.vantol@hoganlovells.com

Counsel for Daniel Lee

Dated: December 18, 2019

4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on December 18, 2019. Notice of this filing will be sent by email to the all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Shannon.smith@usdoj.gov

Jamie G. Dempsey
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jamie.dempsey@usdoj.gov

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: December 18, 2019

5