## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:19-cv-03611-TSC** |
| | : | |
| **WILLIAM P. BARR, et al.** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

### [PROPOSED] ORDER

Based upon consideration of Plaintiff's Unopposed Motion to Withdraw his Motion for Preliminary Injunction in this matter, and for good cause shown, it is hereby ORDERED that

1.    Plaintiff's Motion is GRANTED.

2.    Plaintiff's previously filed Motion for Preliminary Injunction is hereby withdrawn, without prejudice to Plaintiff filing a renewed motion should circumstances change.


SO ORDERED this ___ day of December, 2019.


_____

Judge Tanya S. Chutkan