**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 1:19-cv-03611** |
| | : | |
| **WILLIAM P. BARR, et al.** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Daniel Lee hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1), for a 7-day

extension of time to file a Response to the Defendants' Motion to Dismiss Complaint filed

January 22, 2020. As grounds for this motion, he states as follows:

1.      On December 2, 2019, Plaintiff Lee filed a Complaint initiating the above-

referenced matter, relating to constitutional due process and free speech violations alleged in

connection with his capital clemency process. Dkt. 1. Thereafter, on December 5, he filed a

Motion for Preliminary Injunction, along with a Memorandum in Support of the Motion, and

Exhibits. Dkt. 4. Defendants, on December 6, 2019, filed a Memorandum in Opposition to

Plaintiff's Motion for a Preliminary Injunction ("Memorandum in Opposition"). Dkt. 10. At the

time, Plaintiff Lee had an application for execution clemency pending in the Office of the Pardon

Attorney.

2.      In light of the Court's preliminary injunction enjoining the Government from

carrying out Plaintiff Lee's execution by lethal injection,[1] which was previously scheduled for

---

[1] *See In The Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-00145, Dkt.

December 9, 2019, he withdrew his clemency application and also soon thereafter moved to withdraw his Motion for Preliminary Injunction pending here. *See* Dkt. 13. The Court, on December 31, 2019, entered a Minute Order granting Plaintiff Lee's motion without prejudice to renew his request for injunctive relief.

3.      On January 22, 2020, Defendants filed a Motion to Dismiss Complaint and Memorandum of Points and Authorities in Support, almost two weeks before their Answer was due. Dkt. 14. As such, Plaintiff Lee's Response to the Motion to Dismiss is currently due February 5, 2020.[2]

4.      Due to undersigned counsels' obligations in various other cases, and in the interest of maintaining synchronicity between the time for filing Plaintiff's Response to the Defendants' Motion to Dismiss and the deadline for filing any amendments to the Complaint, Plaintiff Lee respectfully requests that the Court grant a 7-day extension of time from the current due date of February 5, 2020 until February 12, 2020 to file his Response.

5.      In accordance with Local Civil Rule 7(m), Plaintiff's counsel have conferred with counsel for the Defendants about this extension of time, and Defendants have no objection to the requested relief.

6.      A proposed order is attached.

WHEREFORE, Plaintiff Lee respectfully requests that this Court grant his request for a 7-day extension to file a Response to Defendants' Motion to Dismiss Complaint, on or before February 12, 2020.

---

51 (D. D.C. Nov. 20, 2019).

[2] Under Fed. R. Civ. P. 15(b), any amendments to the Complaint must be filed by February 12, 2020.

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

/s/ David Victorson
David Victorson
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
david.victorson@hoganlovells.com

/s/ Pieter Van Tol
Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 909-0661
pieter.vantol@hoganlovells.com

Counsel for Daniel Lee

Dated: January 30, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on January 30, 2020. Notice of this filing will be sent by email to the all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Shannon.smith@usdoj.gov

Jamie G. Dempsey
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jamie.dempsey@usdoj.gov


Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: January 30, 2020

4