# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 1:19-cv-03611** |
| | **:** | |
| **WILLIAM P. BARR, et al.** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## [PROPOSED] ORDER

Based upon consideration of Plaintiff's Motion for a 7-day Extension of Time to file his Response to Defendants' Motion to Dismiss Complaint in this matter, and for good cause shown, it is hereby ORDERED that

1.    Plaintiff's Motion is GRANTED.

2.    Plaintiff shall file his Response to Defendants' Motion to Dismiss Complaint no later than February 12, 2020.

SO ORDERED this ___ day of January, 2020.

_____

Judge Tanya S. Chutkan

1