## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                              |   |                                 |
|------------------------------|---|---------------------------------|
| **DANIEL LEWIS LEE**         | **:** |                             |
|                              | **:** |                             |
| **Plaintiff,**               | **:** |                             |
|                              | **:** |                             |
| **v.**                       | **:** | **Civil Action No. 1:19-cv-03611** |
|                              | **:** |                             |
| **WILLIAM P. BARR, et al.**   | **:** |                             |
|                              | **:** |                             |
| **Defendants.**              | **:** | **EXECUTION SCHEDULED FOR** |
|                              | **:** | **JULY 13, 2020 AT 8:00AM EST** |
|                              | **:** |                             |

### PLAINTIFF'S NOTICE REGARDING EXECUTION DATE

Plaintiff Daniel Lee hereby notifies the Court that Defendants have scheduled his execution for July 13, 2020. As such, Mr. Lee plans to file a clemency application in accordance with the procedures set forth in 28 C.F.R. §§ 1.1-11, and specifically § 1.10, which states in relevant part: "A petition for commutation of sentence should be filed no later than 30 days after the petitioner has received notification from the Bureau of Prisons of the scheduled execution." *See* § 1.10(b).

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

1

/s/ David Victorson
David Victorson
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
david.victorson@hoganlovells.com

/s/ Pieter Van Tol
Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 909-0661
pieter.vantol@hoganlovells.com

Counsel for Daniel Lee

Dated: June 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on June 17, 2020. Notice of this filing will be sent by email to the all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Shannon.smith@usdoj.gov

Jamie G. Dempsey
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jamie.dempsey@usdoj.gov


Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee


Dated: June 17, 2020