### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 1:19-cv-03611** |
| | **:** | |
| **WILLIAM P. BARR, et al.** | **:** | |
| | **:** | |
| **Defendants.** | **:** | **EXECUTION SCHEDULED FOR** |
| | **:** | **JULY 13, 2020 AT 8:00AM EST** |

### RENEWED MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Daniel Lee hereby moves, pursuant to Fed. R. Civ. P. 65, for entry of a

Preliminary Injunction enjoining Defendants Attorney General William P. Barr; Deputy

Attorney General Jeffrey A. Rosen; Acting Pardon Attorney Rosalind Sargent-Burns; Federal

Bureau of Prisons Director Michael Carvajal; Federal Bureau of Prisons Regional Director

Jeffrey E. Krueger; and United States Penitentiary Terre Haute, Indiana Complex Warden T.J.

Watson, who are all being sued in their official capacities; the United States Department of

Justice; the Federal Bureau of Prisons; and the Office of the Pardon Attorney, from deliberately

interfering with and obstructing Mr. Lee's ability to obtain and present favorable, material

evidence in the executive clemency process for individuals under a death sentence, in violation

of his Fifth Amendment right to due process; and in violation of the First Amendment rights of

correctional officers who wish to provide critical information in support of his pending clemency

application but have been barred from doing so as a result of Defendants' actions and policies.[1]

---

[1] The Amended Complaint named Kathleen Hawk Sawyer, who was the Federal Bureau of
Prisons Director at the time.  She has been succeeded by Michael Carvajal.

Mr. Lee also moves to enjoin Defendants from carrying out his scheduled execution until he has had an opportunity to obtain and present this evidence.

But for Defendants' actions and policies, favorable, material evidence available from members of the correctional staff at the United States Penitentiary in Terre Haute, Indiana (USP Terre Haute), where Mr. Lee is incarcerated, could be obtained and presented in support of his petition for commutation of his sentence. The evidence, among other things, directly refutes false allegations made by the prosecution at his 1999 capital sentencing proceeding about Mr. Lee's "future dangerousness" and propensity for violence in a prison setting. This motion[2] is supported by facts contained in Mr. Lee's Amended Complaint for declaratory and injunctive relief filed on February 12, 2020, *see* Amended Complaint, *Lee v. Barr, et al.,* 1:19-cv-03611, Dkt. 17 (D. D.C.); and the accompanying memorandum in support of this motion and Exhibits, filed on this date.

WHEREFORE, Plaintiff Lee respectfully requests that this Court issue a preliminary injunction to prevent ongoing harm to Mr. Lee's constitutional rights and those of the USP Terre Haute correctional officers; enjoin Defendants from deliberately interfering with and obstructing his ability to obtain and present favorable, material evidence in the executive clemency process; from infringing upon the free speech rights of the correctional officers and from subjecting the correctional officers to reprisal for exercising those rights; and enjoin Defendants from executing him so that he has an opportunity to obtain and present this evidence to decision-makers in the clemency process.

---

[2] In accordance with Local Civil Rule 7(m), undersigned counsel conferred with counsel for the Defendants, and they are opposed to the requested relief.

Respectfully submitted,


/s/ Pieter Van Tol
Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 909-0661
pieter.vantol@hoganlovells.com

/s/ David Victorson
David Victorson
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
david.victorson@hoganlovells.com

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee


Dated: June 22, 2020

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on June 22, 2020. Notice of this filing will be sent by email to the all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Shannon.smith@usdoj.gov

Jamie G. Dempsey
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jamie.dempsey@usdoj.gov

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: June 22, 2020