## Exhibit List

Exhibit 1:    2020.06.17 Email from AUSA to Counsel for Mr. Lee (filed under seal)

Exhibit 2:    Declaration of George Kouros

Exhibit 3:    Declaration of Kathleen Altman

Exhibit 4:    Declaration of Juror

Exhibit 5:    Declaration of Elizabeth Luck

Exhibit 6:    Letter of Monica Veillette

Exhibit 7:    Letter of Kimma Gurel

Exhibit 8:    Judge Eisele letter to AG Holder and US Atty Thyer

Exhibit 9:    Letter of AUSA Stripling to AG Holder and US Atty Thyer