<u>Declaration of Kathleen Altman, Ph. D.</u>

1. My name is Kathleen Altman. I currently live in Denver, Colorado. I am 70 years old. I received my Bachelor of Science from the Colorado School of Mines in 1980. (I started my undergraduate education in 1967, but got married and then had four kids, before returning to complete my degree.) I received my M.S. from the Mackay School of Mines (University of Nevada, Reno) in 1994, and my PhD from the Mackay School of Mines in 1999. All of my degrees are in Metallurgical Engineering. I have spent my career as an engineer, and am currently employed as an independent consultant after retiring from my last employed position on May 1, 2019.

2. I met Danny Lee (or "Dan" as he was introduced to me) by my son, Luke, on March 4, 1996. Little did I know at the time that our lives would be forever linked over the next few weeks, and that Danny would play a profound role in my relationship with Luke.

3. On March 15, 1996, I received word that Luke, who is the youngest of my four children and who was 15 at the time, was in Juvenile Detention on charges of First-degree Reckless Endangerment. Apparently, he was with a group of people, and one of them had a gun that he'd shot out of the car window as they were driving. Luke was looking at a potentially long period of juvenile detention, and I was inclined to let the criminal justice system have him because I was at my wit's end with him.

4. By March of 1996, our family life had already been in upheaval for some time. Before moving to Spokane to come live with me, Luke had been living in Nebraska with his father. The situation there was not good, and I had to engage in a prolonged custody fight with his father to get permission to move Luke to Spokane with me instead of him being placed in foster care. At first, things were okay, but Luke had difficulty adjusting to his new living situation. He started skipping school, disobeying my rules, and leaving home for extended periods of time without my approval. I was trying to keep sufficient contact with him so that I had an idea how to get in touch with him and not to totally push him away, but his behavior was becoming difficult to tolerate. I didn't want to lose him to the streets.

5. When Luke came by my home with Danny on March 4, it was the first time I'd seen Luke in a while. I was relieved just to know that he was alive and well. I didn't know what to make of his friend, Danny, though. He was a real sight. Now here's a guy that has tattoos on his neck, a skinhead haircut, broken teeth and is missing an eye. Scary, really. And yet when Luke introduced us, Danny was very gentlemanly and polite to me. It was not what I was expecting him to be like.

6. The next morning, I decided to go out and shovel snow before people started walking by and packed down the snow. I barely started when Danny was right there taking the shovel out of my hands to do it for me. I stood there and talked to him for quite a while. When he was done, I invited him up to have some coffee with me and we talked some more.

7.   Danny didn't make himself the focus of our conversations. Instead, he asked me lots of questions about how I was doing and how things were for Luke. He was a very good and patient listener. I could tell he really cared about Luke and about me, too. It was strange, in a way, because his manner was so at odds with what he looked like. I was really glad that I didn't let his appearance get in the way of me getting to know him. In fact, Danny even thanked me for giving him a chance and talking to him. After spending that time talking to him, I was truly amazed. He was very gentle and kind and I left that first conversation with him really liking who he was as a person.

8.   The next day Luke came back to my house. I didn't know what had happened, but he was different with me -- he was talking to me, he shoveled the snow, he brought me things I asked for, he showered and cleaned himself up. In the back of my mind, I suspected this was Danny's influence on him.

9.   Over the next couple of weeks, Danny would occasionally stop by and we would sit on my porch and talk, or have coffee at my kitchen table. The conversations were always about Luke. I was worried about him, but my patience was also wearing thin. He was such a difficult kid, not like his three older siblings (the two oldest were married and out of the house by then; Luke's next oldest sister was still living at home). Danny would tell me not to give up on Luke, that he was a good kid, he just needed some guidance. Although Danny didn't talk much, or ever, about his own family, I got the sense that Danny wanted to make sure that Luke would get the type of support that I sensed Danny himself hadn't really ever gotten from his parents.

10.   A few weeks later, on March 15th, I got the call that Luke had been arrested on charges of First-degree Reckless Endangerment. I went down to the court for a hearing that was scheduled that afternoon. A couple of Luke's friends were there when I arrived, and they told me what they had heard about the incident – that Luke was with five other people (two of whom were adults) who had gone looking for a guy who had supposedly abused a girl they knew. They said one of the people in the group had a gun. Luke's friends commented to me that Luke was so anxious to impress everyone and prove how cool he was that he'd do just about anything to get their approval. My first thought was, "Dumb kid." I was so mad at him.

11.   I had made up my mind that Luke was on his own this time. I would not bail him out and I didn't want him to come home with me. I didn't approve of what he did and I wouldn't tolerate his behavior anymore. Over the course of that day, I felt a growing sense of resolve. I was very disappointed that it had come to this, but I had sort of eased into that disappointment gradually. The way I saw it, Luke had had too many chances already, and had never had to suffer any significant consequences. "Damn him," I would think. He had been given so many opportunities, and he had thrown them away. I didn't bail out Luke that day.

12.   The next day was a Saturday. I woke up in the middle of the night. I felt totally, overwhelmingly alone. I broke down and cried a while. My daughter came into my room and hugged me, but I never fell back to sleep.

13. Later that morning, Danny came to my home. He had been away for a few days and had heard about what happened to Luke. He wanted to talk about it and see how I was doing. While Danny and I were talking, I got a call from the juvenile court. I was told that a hearing had been set for later that afternoon, and that Luke was looking at two possibilities: home detention with electronic monitoring or remaining in juvenile detention. Although I didn't know if letting Luke sit in juvenile detention would make things better, it was still a hard, hard decision for me to let him come home.

14. I told Danny that I had already made up my mind and I was not bailing Luke out this time. Danny was patient, as usual, and listened to everything I had to say. He empathized with me and said he understood where I was coming from, but he also wanted to give me a different perspective on things. He told me about his time being in the juvenile system. He described it as the worst thing that ever happened to him. It made him even more angry and rebellious than when he went into the system. That anger and rebellion led him to make all kinds of decisions he later came to regret. Danny didn't want to see that happen to Luke.

15. Danny wanted to come to the hearing with me, and we rode down to the juvenile facility together. I ended up waiting for a long time before they eventually called Luke's case. In the meantime, I sat in the courtroom while the other people charged in his case had their cases called. From listening to what the prosecutor was saying, the implication was that the incident was gang related. A probation officer I spoke to told me that Luke had admitted to being a skinhead.

16. They eventually brought Luke in, handcuffed to one of the other people that was charged. By then, I had been waiting for a long time. I had left my daughter at home alone while I was there. My daughter had just gotten all four of her wisdom teeth pulled a few days prior and was having a rough recovery. I told the judge that I was concerned about her safety and asked if I could come back on Monday to get my son. Luke was sitting there, shaking his head "No." The judge ordered that Luke be held until Monday, and I went home.

17. I went back to the juvenile facility later that evening because I was told I could have an "initial visit" with Luke. He was hurting. I felt very bad, too.

18. The situation with Luke was weighing on my mind. What to do? I had so much trouble falling asleep on Sunday night. When I finally was able to sleep, I was awakened at 5:00 a.m. by the sound of knocking at my door. I put on my sweats and dragged myself downstairs. I knew it would be Danny. He had given up on someone answering the door and was walking away when I finally opened it. He told me that he knew it was weird but he missed me and our "motherly" talks and it was silly but he wanted to give me something. He gave me something that was a kind of odd but also clearly had become a sort of keepsake for him. He handed me a toy eyeball in a plastic case. Someone had given that to him in the hospital after he had lost his eye. Although it seemed like it was probably given to him as a joke, I knew it was something that meant a lot to him, and that

it also meant a lot for him to give it to me. I gave him a hug and told him that things can continue to get better.

19. I was in counseling, trying to get help sorting out what approach to take, and how to deal with many other issues in my own life during this time. As always, especially when my life is in turmoil, I relied on my faith and going to church to pull me through and give me direction. When Danny knocked on my door that morning, I felt strongly that was my wake-up call. I had just been to mass the day before, where the readings and homily were all about being granted sight by God. And here was Danny, handing me a kind of sight! What stronger message could I get from God? I remember thinking to myself, "I finally get it. Praise the Lord."

20. That previous Friday, when I was alone in trying to figure out what to do with Luke or for him, it was Danny who knocked on my door and encouraged me to get Luke out of detention. He softened my heart enough to compromise. Danny's intervention in my life at that moment was transformative. He had touched me profoundly. I know it might sound like I'm exaggerating, but it felt like Christ had walked into my life to guide me in making the right decision about Luke. It was because of Danny that I decided to take Luke back home on Monday.

21. This man who I only closely interacted with for two weeks, has had a profound impact on my life and the life of my son. I am convinced that bringing Luke home was a turning point in his life. Luke has told me the same thing. In my son's anger and juvenile confusion, he, too, got caught up with the skinheads and I came close to losing him to them. He tells me that being in a group like that while in detention offers protection from some of the other gangs or punks. My son and I were at a crossroads, and if I had given up on Luke and let him stay in that juvenile detention facility, I think he would have fallen out of my life for good. Thanks to the insightful influence of this generous, caring man who had learned lessons from the mistakes he made as a youth and his ability to convey the consequences of those lessons to my son (and me), we have not walked down that same path.

22. Clearly, Danny made mistakes in his life – including hanging out with people that were not good people (and getting tattoos he regretted and that he is stuck with for the rest of his life). But he was also trying very hard to change that and had a good, gentle side to him. Because of the way he looked, he just could not seem to get a break and not many people took the opportunity to really get to know him. That continues to this very minute. The way the prosecutors and the media have portrayed Danny Lee is simply not the man I know. He is not a "violent white supremacist." He is not a monster. He never has been. He did not need to have a conversion while in prison because he is the same man I knew 22 years ago – gentle, kind, and compassionate. It's hard for me to reconcile the person I knew with the person I have read about in the media.

23. I didn't find out about Danny's trial and death sentence until around 2005. That's when Luke found out about it and told me. I was devastated. I wished I had known

sooner about Danny's case, so that I could have been a witness at his trial and so I could have told the jury who Danny really was, not some "psychopath," as I heard he was called, but a man capable of tremendous empathy for others. Since learning he was on death row, I began corresponding with him, and we have remained in touch ever since.

24.     Thinking about Danny brings to mind Mathew 35 – 40:

> [35] For I was hungry and you gave me food, I was thirsty and you gave me drink, I was a stranger and you welcomed me, [36] I was naked and you clothed me, I was sick and you visited me, I was in prison and you came to me.' [37] Then the righteous will answer him, saying, 'Lord, when did we see you hungry and feed you, or thirsty and give you drink?[38] And when did we see you a stranger and welcome you, or naked and clothe you? [39] And when did we see you sick or in prison and visit you?'[40] And the King will answer them, 'Truly, I say to you, as you did it to one of the least of these my brothers, you did it to me.'

Where is the justice in taking Danny Lee's life? I pray for him, that he will not be executed. I hope my prayers will be answered.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: **Sept. 3, 2019**                    *Kathleen Altman*
                                          Kathleen Altman