# DECLARATION OF JUROR #336

1. I was one of the jurors for the Chevie Kehoe and Daniel Lee case in 1999. My juror number was 336.

2. The trial lasted a long time, about three months. We met four days a week, every day but Fridays. We were allowed to go home after court but one person people lived a long way from the courthouse so they would sometimes stay at a local hotel.

3. There were three parts to the case. Kehoe and Lee were tried together for the first part of the trial, which was the longest part. We had two penalty phases after that, one for Kehoe and then one for Lee, but they were both much shorter. Most of the main trial was about Chevie Kehoe and his beliefs and crimes. It was pretty clear that he was the ringleader and Lee was just a sidekick. The prosecution called Lee his "lapdog." I had some real questions about the guilt phase but his lawyers didn't really put up much of a defense.

4. The case was that Kehoe was trying to set up some sort of criminal enterprise but it sounded to me like they were just two common thieves more than anything else. It didn't make sense from what we heard that they were an organization trying to take anything over. But we were told that we couldn't

1

convict them of the murders without first finding them to be part of a criminal enterprise.

5. Some of the evidence at the trial stood out. I remember gun parts that the Kehoes had that were stolen from Mr. Mueller. Mueller kept them vacuum sealed in a particular way. Chevie Kehoe's family testified against him and Lee, they seemed knee deep in the crimes too, especially his mother.

6. There also was a hair that belonged to Lee. That was really important to us because it meant that Lee was there at the scene of the Mueller murders. I was recently told by Daniel Lee's lawyers that DNA testing showed that hair was not Lee's. That would have made a big difference to me and I think the other jurors in the guilt phase. One juror found the hair to be the most important piece of evidence against Lee. The hair kept coming up at the penalty phase too.

7. I don't understand why Lee didn't get a new trial when the judge found out later that it wasn't his hair. Without the hair they needed something besides Kehoe's mother.

8. Kehoe was the first one to have his sentencing trial. Everyone knew that Kehoe was in charge of what happened to the Muellers and Lee was the follower, but Kehoe had people come talk for him. I remember a man from Utah who he'd worked for who spoke highly of Kehoe. We also saw Kehoe

2

interacting with his kids in the courtroom.  It made him more human,, we saw another side to him.  That was a big difference between him and Lee.

9.  Lee also did not have people talking for him like Kehoe did. You didn't see another side to him.

10. Lee's look scared people. He had a glass eye that rolled around and those neck tattoos.

11. Lee's sentencing was different because they said he got away with murder in an Oklahoma case.  The prosecutor said Lee had been given a gift.   It seemed strange to me at the time that the Oklahoma prosecutors would have let him get away with it but that's what they told us. That mattered a lot to the jury. They said we cannot let him get away with a second murder.  He did it once and got away with it, he did it again, so he would do it again in prison.  The earlier murder made him seem dangerous.  The prior murder was the biggest part of that.

12. Lee's lawyers have told me that the story about the murder wasn't true. They said that a judge in Oklahoma dismissed the murder charge, not that the prosecution gave him some sort of gift.  That made me very angry to hear.  I feel like my vote was based on a lie. The prosecutors are supposed to tell the truth.

3

13. We were told to give the death penalty we had to find that Lee would be a danger in the future in prison and I didn't believe that he would. But the other jurors kept repeating what the prosecutors had said about how he had already committed a murder and got away with it. That had a lot to do with the sentence because they brought it up over and over and were wearing us down with it. It really had a big influence because there was nothing to say about it other than it just didn't seem right to me. If I had known that the prosecution wasn't telling the truth and he hadn't gotten away with murder, my vote would have been different.

14. I've thought a lot about this case since the trial and it has bothered me all these years. I haven't kept up with other jurors so I don't know whether they have too. But it is a big thing to vote to sentence someone to die. I would not have voted that way if I had known that what we were told about the Oklahoma murder wasn't true. I can't speak for others but I can definitely say that it was important to the jury at the time.

15. I read that Lee is set to be executed in December. I do not want him to be executed. That is why I am writing this now – I hope it will make a difference to someone in charge. This isn't right.  It's not fair to ask people to take their job as jurors seriously in a very serious case and then not be honest with them. We were the ones who sentenced him.

4

16. I feel very strongly that Lee should not be put to death.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2019.

Juror 336
----------------------------------