# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

DANIEL LEE,                )

       PLAINTIFF,       )       Judge Chutkan

                         )

    v.                      )       Civil Action No. 1:19-cv-03611-TSC

                         )

                         )

WILLIAM BARR, ET AL.      )

                         )

                         )

                         )

      DEFENDANTS.      )

---

## <u>DECLARATION OF ELIZABETH LUCK</u>

Pursuant to 28 U.S.C. § 1746, Elizabeth Luck declares as follows:

1. I am an attorney with the Federal Capital Habeas Project in the Federal Public Defender for the District of Maryland. We are appointed counsel for Plaintiff Daniel Lee in the above matter.

2. In the course of my office's representation of Mr. Lee, we submitted an application for executive clemency to the Office of the Pardon Attorney ("OPA") seeking commutation of his death sentence. As part of that application, we were granted an opportunity to make an oral presentation to the OPA on October 23, 2019.

3. On that date, I, along with Ruth E. Friedman and Morris H. Moon (who also represent Mr. Lee) made our oral presentation to the OPA at its office in Washington, D.C. Also present were Acting Pardon Attorney Rosalind Sargent-Burns; Senior Attorneys Kira Gillespie and Christina Smith; and other OPA staff.

4. Although there was a stenographer present, our request for a transcript of the proceeding was denied and we were informed that it would only be provided to Department of Justice staff.

5.   During the hearing, it was clear that the OPA had reviewed parts of Mr. Lee's trial record and received BOP files, at a minimum his disciplinary records. They asked us a number of direct questions about Mr. Lee's record at USP Terre Haute and indicated interest in learning more about how Mr. Lee had adjusted to being incarcerated for such a lengthy period of time. They asked questions about his behavior in prison, his propensity for violence, with whom he associates, his relationships with other prisoners, and what kind of person he is today. In response to these questions, we talked about the very positive relationship we have with Mr. Lee; and the acts of kindness and empathy that he has shown to others, as reflected in notes from counselors and declarations from people who knew him outside of the prison setting. We expressed to the OPA attorneys that while we do not have access to additional information about his experiences and relationships with others at USP Terre Haute, we felt strongly that, if we could have had access to that information, Mr. Lee would be reflected in a positive light.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chapel Hill, North Carolina on December 5, 2019.

ELIZABETH LUCK

2