Monica Veillette                                    September 7, 2019

34610 North Missile Site Road

Deer Park, WA. 99006


President Donald Trump

The White House

1600 Pennsylvania Avenue, NW

Washington, DC 20500


Dear Mr. President,


My name is Monica Veillette, previously Monica Gurel, and I am writing you today regarding Daniel Lewis Lee who is on the Federal Death Row Unit in Terre Haute, Indiana for murdering my aunt and eight-year-old cousin. Thank you for reading my letter and considering my thoughts as I know the victim's families are important to you when making these types of difficult choices.


I am Nancy Mueller's niece and Sarah Powell's first cousin. I have missed every day that we could have had with them since they were murdered; nothing has or could take away the pain I feel since their lives were brutally taken from them. We of course heal in certain ways but never gain complete closure in these types of tragic happenings. I remember my aunt in her strength and beauty, she was a resilient woman and someone who lived out her beliefs with conviction and persistence much like you. I think of my young cousin who was so innocent and kind, joyful and creative. It is with my memories of them in mind and weighing heavy on my heart that I am writing to request that Daniel Lee's sentence be changed to life without the possibility of parole; it is my understanding that you are the only one who could help us now.

Writing this letter does not come easy! I have also felt very naïve for thinking my family's feelings about this could make any kind of difference in a case that had progressed so far in the legal process. I felt hesitant about writing another letter, hesitant in trusting that, this time, our letters would reach someone who could actually do anything about the case. Since Daniel Lee first received this sentence over 20 years ago, we've disagreed with it and have spoken out and written letters asking for help, but no one's been able to help us so far.

Losing family members from such a hateful act can propel a person to deeply consider the meaning of life and our purpose and responsibilities as human beings, our faith and what we want the final statement in the legal file of Nancy and Sarah's lives to be. Do we want it to be another death?

We rarely think about the other person found guilty of the murders because Chevie Kehoe was given a life sentence with no chance of being paroled. We do not worry or stress about his sentence and feel it was fair in response to the crimes he committed. Chevie and Daniel certainly bear responsibility for their choices and the general public has the right to feel and be safe, so I agree with lifetime detainment, of people who have committed violent crimes.

At the trial I heard a lot of testimony about Chevie Kehoe and how he was raised and abused, that he was trained to do exactly what he did by his father, Kirby Kehoe, and that he and his father had planned the robbery and murders of my family members. Chevie looked just 'normal' enough for people to feel compassion and empathy for him to be spared from the death penalty even though, according to the testimony at trial, Chevie was actually the one in charge and the one who murdered my eight year old cousin, Sarah. Daniel Lee looked scary and very little was said about his abusive childhood. It seems uncomplicated to me just by looking at Chevie and Daniel which person appears to be more dangerous and violent and because of that also more blameworthy for these crimes and Daniel did receive a harsher punishment. I don't understand or agree with that. Our justice system cannot be considered fair or just if sentences are doled out based on the appearance of any human being! His physical appearance alongside a seeming lack of testimony about his own dysfunctional childhood left him in a disadvantaged position and, in my opinion, those two things are what unfairly and ultimately secured his getting the death sentence against our wishes.

I was raised by a very nurturing and loving mother but she is also a survivor and that is evident just in the strength it takes to face the loss of her sister and niece but still be willing to accurately look at this situation and call out prejudice where she sees it in this case. My Grandmother has buried her daughter and granddaughter yet she has not become bitter with life, she is still a vibrant and glorious woman who takes the time to send out about thirty greeting cards a month to let others know that they are loved or that she is praying for them. This has been difficult for my Grandma to struggle with her loss while knowing her deep and life-long faith doesn't seek vengeance but calls for justice and mercy.

It was very upsetting to read Senator Tom Cotton's tweet the day the execution date was announced. I don't appreciate anyone politicizing this. I've seen people speaking about what we want, calling for this execution in our name, when they have never spoken to us. I find that very disturbing.

I would also like to take this opportunity to express the compassion and heartache I continue to feel for Daniel's mom, Lea. I am certain this has taken a massive toll on her life and heart. As many times as we have awaited the dreaded phone calls she also is in a waiting pattern. Only she has been waiting for the moment when her child would be given a date for his death. I can't imagine the pain she must feel and ask as much for her peace as our own that Daniel's sentence be changed to life without the possibility of parole. Daniel also has a daughter and if she is growing up with any knowledge about her biological father I would want her to have the opportunity to know her Father if she ever wanted to. I would want him to have the time and opportunity to express remorse for his actions for himself, his family and ours.

Sincerely,

Monica Veillette