IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 1:19-cv-03611** |
| | **:** | |
| **WILLIAM P. BARR, et al.** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

This matter came before the Court on Plaintiff Daniel Lee's renewed *Motion for Preliminary Injunction* which relates to alleged Fifth Amendment and First Amendment violations. Plaintiff Lee moves to enjoin Defendants from deliberately interfering with and obstructing his ability to obtain and present material evidence in the executive clemency process; from infringing upon the free speech rights of correctional officers who wish to support him in that process; and from subjecting the correctional officers to reprisal for exercising those rights. He further moves to enjoin Defendants from carrying out his scheduled execution until he has had an opportunity to obtain and present this evidence.

Having consider the Motion and the documents filed therewith, including the Amended Complaint, and memorandum in support of the Motion and exhibits submitted, and good cause appearing therefor, the Court hereby grants the relief requested.

Plaintiff's Motion is GRANTED, and it is hereby ORDERED that:

1.      Defendants are hereby enjoined from further deliberately interfering with and obstructing Plaintiff Lee's ability to obtain and present the evidence at issue, in the executive clemency

1

process; from infringing upon the free speech rights of the correctional officers; and from subjecting the correctional officers to reprisal for exercising those rights.

2.      Defendants are hereby enjoined from carrying out his execution until he has an opportunity to obtain and present this evidence.


Date: _____                                        _____

                                        TANYA S. CHUTKAN
                                        United States District Judge