IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL LEWIS LEE                    :
                                    :
         Plaintiff,                 :
                                    :
         v.                         :       Civil Action No. 1:19-cv-03611
                                    :
WILLIAM P. BARR, et al.             :
                                    :
         Defendants.                :       EXECUTION SCHEDULED FOR
                                    :       JULY 13, 2020 AT 8:00AM EST

## REQUEST FOR EXPEDITED HEARING AND STATEMENT OF FACTS MAKING EXPEDITION ESSENTIAL

Please take notice that Plaintiff Daniel Lee is requesting that the Court hold a hearing on Plaintiff's Renewed Motion for Preliminary Injunction on or before July 9, 2020. Pursuant to Civil Rule 65.1(d), Plaintiff submits this Statement of Facts making expedition essential in this matter.

On the evening of Monday, June 15, 2020, Defendant Department of Justice ("DOJ") notified Mr. Lee that Defendant Director of the Federal Bureau of Prisons ("BOP") scheduled an execution date for him for July 13, 2020, twenty-eight days later.[1] *See* Defendants' Notice Regarding Execution Dates, *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, No. 1:19-mc-00145, Doc. 99 (D. D.C. June 15, 2020). As set forth in his Renewed Motion for Preliminary Injunction, Mr. Lee alleges that the Defendants are deliberately interfering with and obstructing his ability to obtain and present favorable, material evidence in

---

[1] In truth, Mr. Lee has been given less than *twenty-six* days; DOJ did not issue the notice of the newly scheduled execution date until the close of business on June 15, and it plans to carry out Mr. Lee's execution at 8AM ET on July 13th. (Previously, DOJ notified him on July 25, 2019 that his execution date was scheduled for December 9, 2019, or 137 days' notice.)

1

the executive clemency process for individuals under a death sentence, in violation of his Fifth Amendment right to due process; and in violation of the First Amendment rights of correctional officers who wish to provide critical information in the form of declarations or testimony in support of Mr. Lee's clemency application but have been barred from doing so as a result of Defendants' actions and policies. He has also requested that this Court enjoin Defendants from carrying out his fast-approaching scheduled execution until he has had an opportunity to obtain and present this evidence. Without the Court's intervention, Mr. Lee will be executed before he can fully litigate his claims.

For these reasons, expedited consideration and decision in this matter is necessary to prevent harm to Mr. Lee and the correctional officers who wish to support him in the clemency process.

Respectfully submitted,

/s/ Pieter Van Tol
Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 909-0661
pieter.vantol@hoganlovells.com

/s/ David Victorson
David Victorson
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
david.victorson@hoganlovells.com

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: June 22, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on June 22, 2020. Notice of this filing will be sent by email to the all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Shannon.smith@usdoj.gov

Jamie G. Dempsey
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jamie.dempsey@usdoj.gov

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: June 22, 2020

3