# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | ) | |
| **Register Number 21303-009** | ) | |
| **U.S. Penitentiary Terre Haute** | ) | |
| **Terre Haute, IN 47802** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. <u>1:19-CV03611-DDL</u>** |
| | ) | |
| **WILLIAM P. BARR** | ) | **CAPITAL CASE** |
| **Attorney General** | ) | |
| **U.S. Department of Justice** | ) | **EXECUTION SCHEDULED FOR** |
| **950 Pennsylvania Avenue, NW** | ) | **DECEMBER 9, 2019 AT 8:00AM EST** |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **JEFFREY A. ROSEN** | ) | |
| **Deputy Attorney General** | ) | |
| **U.S. Department of Justice** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **ROSALIND SARGENT-BURNS** | ) | |
| **Acting Pardon Attorney** | ) | |
| **Office of the Pardon Attorney** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **KATHLEEN HAWK SAWYER** | ) | |
| **Director** | ) | |
| **Federal Bureau of Prisons** | ) | |
| **U.S. Department of Justice** | ) | |
| **320 First St., NW** | ) | |
| **Washington, DC 20534;** | ) | |
| | ) | |
| **JEFFREY E. KRUEGER** | ) | |
| **Regional Director** | ) | |
| **Federal Bureau of Prisons** | ) | |
| **North Central Region** | ) | |
| **U.S. Department of Justice** | ) | |
| **400 State Avenue, Suite 800** | ) | |
| **Kansas City, KS 66101;** | ) | |

**and**                                                      )
                                                             )
**T.J. WATSON**                                              )
**Complex Warden**                                           )
**U.S. Penitentiary Terre Haute**                            )
**4700 Bureau Road South**                                   )
**Terre Haute, IN 47802,**                                   )
                                                             )
**In their official capacities; and,**                       )
                                                             )
**U.S. Department of Justice**                               )
**950 Pennsylvania Avenue, NW**                              )
**Washington, DC 20530**                                     )
                                                             )
**Federal Bureau of Prisons**                                )
**U.S. Department of Justice**                               )
**320 First St., NW**                                        )
**Washington, DC 20534**                                     )
                                                             )
**Office of the Pardon Attorney**                            )
**950 Pennsylvania Avenue, NW**                              )
**Washington, DC 20530;**                                    )
                                                             )
      **Defendants.**          )

## <u>DECLARATION OF KATHERINE N. SIEREVELD</u>

1.      I, Katherine N. Siereveld, hereby declare that I am employed at the Bureau of

Prisons ("BOP"), FCC Terre Haute, as a Senior Attorney.  I have been employed as a Senior

Attorney with the BOP since July 2010.

2.      I have reviewed portions of plaintiff's motion and memorandum in support of a

preliminary injunction in this action, specifically Document 4-7 of the motion for preliminary

injunction ("Email Chain").  I make this declaration in support of defendants' opposition to the

motion for preliminary injunction.

3.    As part of my duties as Senior Attorney, I was contacted by plaintiff's attorney, George C. Kouros on August 30, 2019, whereby he made several requests on behalf of plaintiff. *See* Email Chain, Doc. No. 4-7, at 10.

4.    Mr. Kouros' requests were not customary, particularly since the requests sought direct contact with BOP employees, so I researched the issue and discussed his requests with my superiors.

5.    On September 9, 2019, I responded to the requests that BOP Program Statement 5840.04 would most likely apply. *See* Program Statement 5840.04, attached as Exhibit A.  I explained in my email that this type of information could be shared through inmate evaluations and progress reports, which would be provided to the Office of the Pardon Attorney.  I further stated that "Outside of the official progress report, which goes through the unit team, staff are not authorized to express an opinion."

6.    Under Program Statement 5840.04, staff has the ability "to record an observation, express an opinion, or provide a recommendation for an inmate…through the unit team, Associate Warden, or Warden." *Id.*

7.    No BOP officer at Terre Haute has made a request to, or submitted an observation, opinion, or recommendation for plaintiff, pursuant to Program Statement 5840.04, although they are permitted to do so.

8.    No BOP officer at Terre Haute expressed a desire or pursued any avenue such as an informal request or a union grievance for permission to provide any statement to counsel for Lee in support of his clemency petition.

3

9.     Furthermore, a U.S. Office of Pardon Attorney regulation prohibits the BOP from forwarding a recommendation, unless specifically requested by the U.S. Pardon Attorney.  28 C.F.R. 571.41(a) and (b).

10.    The U.S. Office of the Pardon Attorney did not request a recommendation from the Director of the BOP regarding plaintiff's clemency petition pursuant to 28 C.F.R. § 571.41.


Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2019.


_____

Katherine Siereveld
Bureau of Prisons
Senior Attorney
FCC Terre Haute

4