# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | ) | |
| **Register Number 21303-009** | ) | |
| **U.S. Penitentiary Terre Haute** | ) | |
| **Terre Haute, IN 47802** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No. **1:19-CV03611-TSC** |
| | ) | |
| **WILLIAM P. BARR** | ) | |
| **Attorney General** | ) | |
| **U.S. Department of Justice** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **JEFFREY A. ROSEN** | ) | |
| **Deputy Attorney General** | ) | |
| **U.S. Department of Justice** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **ROSALIND SARGENT-BURNS** | ) | |
| **Acting Pardon Attorney** | ) | |
| **Office of the Pardon Attorney** | ) | |
| **950 Pennsylvania Avenue, NW** | ) | |
| **Washington, DC 20530;** | ) | |
| | ) | |
| **MICHAEL CARVAJAL** | ) | |
| **Director** | ) | |
| **Federal Bureau of Prisons** | ) | |
| **U.S. Department of Justice** | ) | |
| **320 First St., NW** | ) | |
| **Washington, DC 20534;** | ) | |
| | ) | |
| **JEFFREY E. KRUEGER** | ) | |
| **Regional Director** | ) | |
| **Federal Bureau of Prisons** | ) | |
| **North Central Region** | ) | |
| **U.S. Department of Justice** | ) | |
| **400 State Avenue, Suite 800** | ) | |
| **Kansas City, KS 66101;** | ) | |

1

| | |
|---|---|
| **and** | ) |
| | ) |
| **T.J. WATSON** | ) |
| **Complex Warden** | ) |
| **U.S. Penitentiary Terre Haute** | ) |
| **4700 Bureau Road South** | ) |
| **Terre Haute, IN 47802,** | ) |
| | ) |
| **In their official capacities; and,** | ) |
| | ) |
| **U.S. Department of Justice** | ) |
| **950 Pennsylvania Avenue, NW** | ) |
| **Washington, DC 20530** | ) |
| | ) |
| **Federal Bureau of Prisons** | ) |
| **U.S. Department of Justice** | ) |
| **320 First St., NW** | ) |
| **Washington, DC 20534** | ) |
| | ) |
| **Office of the Pardon Attorney** | ) |
| **950 Pennsylvania Avenue, NW** | ) |
| **Washington, DC 20530;** | ) |
| | ) |
| **Defendants.** | ) |

## <u>DEFENDANTS' OBJECTION TO REQUEST FOR EXPEDITED HEARING</u>

Defendants oppose Plaintiff Daniel Lewis Lee's motion for expedited hearing on Lee's renewed motion for a preliminary injunction. All issues relevant to Lee's current motion have been thoroughly briefed, including in Defendants' fully-briefed pending motion to dismiss and Defendants' opposition to the preliminary injunction motion which is filed simultaneously with this response, and there is no need for a hearing.

Twenty years ago, Daniel Lewis Lee was convicted of three counts of murder along with Chevie Kehoe in the Eastern District of Arkansas.  Subsequently, after weighing the aggravating and mitigating factors, the jury unanimously decided to impose a sentence of death for Lee for each of the three murder charges.  Lee's conviction and sentence were affirmed on appeal, and he

has exhausted his post-conviction remedies under § 2255.  Lee's execution is scheduled for July 13, 2020.

In December 2019, Lee filed a complaint, and amended complaint, asserting he was denied Fifth Amendment due process in his clemency proceeding.  He also asserts a First Amendment Free Speech claim on behalf of corrections staff at the Bureau of Prisons ("BOP") facility. *See* Complaint, Dkt. 1.  At the time, Lee's execution was scheduled for December 9, 2019, and he filed a motion for preliminary injunction based on the claims in his complaint, and the defendants responded.  *See* Motion for Preliminary Injunction, Dkt. 4; Response to Motion for Preliminary Injunction, Dkt. 10.  Lee's execution was stayed for other reasons, so he withdrew his clemency petition and his motion for preliminary injunction.  Defendants filed a motion to dismiss the complaint, and Lee filed an amended complaint.  *See* Motion to Dismiss, Dkt. 14; Amended Complaint, Dkt. 17.

On February 26, 2020, Defendants moved to dismiss the amended complaint, and that motion has been fully briefed and is pending before this Court.  *See* Motion to Dismiss, Dkt. 19. Lee has now filed a renewed motion for preliminary injunction, which mirrors the allegations in the original complaint and amended complaint.  *See* Renewed Motion for Preliminary Injunction, Dkt. 24.  Defendants are filing their response to the renewed motion for preliminary injunction today, and the arguments raised and exhibits are similar to those raised in the previous response to Lee's motion for preliminary injunction.  Moreover, Lee's arguments are based on factual allegations that occurred in 2019, all of which have been (and are) extensively outlined and addressed in the Defendants' pending motion to dismiss, as well as in the simultaneously filed opposition to the motion for a preliminary injunction.

In light of this procedural history, this Court should reject Lee's motion for an expedited hearing. *See* Motion for Expedited Hearing, Dkt. 25.  As described above, the issues surrounding the instant matter have been briefed extensively, to include multiple exhibits filed by Plaintiff, as well as the Defendants' declarations in support of their motion to dismiss and the response to the preliminary injunction.  *See, e.g.*, Am. Compl., Dkt. 17; Motion to Dismiss, Dkt. 19; Renewed Motion for Preliminary Injunction, Dkt. 24.  As such, a hearing is not necessary and the narrow issue at hand can be decided on the pleadings and exhibits.

Respectfully submitted,

CODY HILAND
United States Attorney
Eastern District of Arkansas

By:

*/s/      Jamie G. Dempsey*
_____
SHANNON S. SMITH (AR Bar No. 94172)
JAMIE G. DEMPSEY (AR Bar No. 2007239)
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
501.340.2600
shannon.smith@usdoj.gov
jamie.dempsey@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I caused a true and correct copy of foregoing to be

served on all counsel of record listed below via the Court's CM/ECF system.

Ruth Friedman
John Paul Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
ruth_friedman@fd.org
john_nidiry@fd.org

David S. Victorson
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC  20004
david.victorson@hoganlovells.com

Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY  10017
pieter.vantol@hoganlovells.com

/s/      *Jamie G. Dempsey*

Assistant United States Attorney