**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 1:19-cv-03611** |
| | **:** | |
| **WILLIAM P. BARR, et al.** | **:** | |
| | **:** | |
| **Defendants.** | **:** | **EXECUTION SCHEDULED FOR** |
| | **:** | **JULY 13, 2020 AT 8:00AM EST** |

## PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO REQUEST FOR EXPEDITED HEARING

Plaintiff Daniel Lee requested an expedited hearing pursuant to Local Civil Rule 65.1(d), which requires the setting of an expedited hearing no later than 21 days after the filing of a motion for a preliminary injunction. Defendants have objected to Plaintiff's request for an expedited hearing. In light of the showing that Mr. Lee has made on the merits of his claims and the strength of the equities in his case, he respectfully requests that (a) the Court determine Plaintiff's Renewed Motion for Preliminary Injunction (the "PI Motion") on or before July 9, 2020; and (b) the Court determine the PI Motion in this matter based on the Amended Complaint and the briefing before it and without conducting a hearing on the PI Motion.

Respectfully submitted,

/s/ Pieter Van Tol
Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 909-0661
pieter.vantol@hoganlovells.com

1

/s/ David Victorson
David Victorson
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
david.victorson@hoganlovells.com

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: July 2, 2020

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on June 22, 2020. Notice of this filing will be sent by email to the all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Shannon.smith@usdoj.gov

Jamie G. Dempsey
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jamie.dempsey@usdoj.gov

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: July 2, 2020