**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIEL LEWIS LEE** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 1:19-cv-03611** |
| | **:** | |
| **WILLIAM P. BARR, et al.** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**NOTICE OF DISMISSAL DUE TO MOOTNESS**

In this lawsuit, Mr. Lee was litigating his right to utilize the executive clemency process free from deliberate interference in that process by Defendants; he also sought to vindicate the free speech rights of correctional officers who wished to provide statements expressing support for him in the clemency process. Defendants, however, executed Plaintiff Daniel Lee on July 14, 2020. By executing Mr. Lee, Defendants mooted this litigation and precluded him from pursuing the relief he sought in this suit. Undersigned counsel, therefore, notify this Court that Mr. Lee's Complaint is due to be dismissed.

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

/s/ David Victorson
David Victorson
HOGAN LOVELLS US LLP

555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
david.victorson@hoganlovells.com

/s/ Pieter Van Tol
Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 909-0661
pieter.vantol@hoganlovells.com

Counsel for Daniel Lee


Dated: October 21, 2020

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on October 21, 2020. Notice of this filing will be sent by email to the all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

Shannon S. Smith
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Shannon.smith@usdoj.gov

Jamie G. Dempsey
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Jamie.dempsey@usdoj.gov

Respectfully submitted,

/s/ John Nidiry
John Nidiry
Federal Capital Habeas Project
Federal Defender for the District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 807-1267
John_Nidiry@fd.org

Counsel for Daniel Lee

Dated: October 21, 2020