**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DANIEL LEWIS LEE,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. 19-cv-3611 (TSC) |
| ) | |
| WILLIAM P. BARR, *et al.*  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## ORDER

In consideration of Plaintiff Daniel Lewis Lee's notice to the court (ECF No. 31), it is

hereby ORDERED that Plaintiff's complaint in the present action be DISMISSED as moot.

Date: October 26, 2020

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

1